| United States Bankruptcy Court<br>Eastern District of Kentucky<br>Lexington Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rednour, II, Richard, Ray** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attached List** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **7664** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**79 Deer Park Drive**<br>**Clay City, KY**<br>ZIP CODE **40312** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Powell** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**4418 Main Street**<br>**Clay City, KY**<br>ZIP CODE **40312** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Powell County, KY** | ZIP CODE **40312** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☒ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s) **Richard Ray Rednour, II** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  **Not Applicable** _____ Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐  Yes, and Exhibit C is attached and made a part of this petition. ☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). _____ (Name of landlord that obtained judgment) _____ (Address of landlord) ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Richard Ray Rednour, II** |

## Signatures

<table>
<tr>
<td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td>
<td><b>Signature of a Foreign Representative</b></td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Richard Ray Rednour, II**

Signature of Debtor    **Richard Ray Rednour, II**

X **Not Applicable**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**3/1/2010**

Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

</td>
</tr>
<tr>
<td>

<b>Signature of Attorney</b>

X **/s/ W. Thomas Bunch**

Signature of Attorney for Debtor(s)

**W. Thomas Bunch  Bar No.  09160**

Printed Name of Attorney for Debtor(s) / Bar No.

**Bunch & Brock, Attorneys**

Firm Name

**271 W. Short St., Suite 805 P.O. Box 2086**

Address

**Lexington, KY 40588-2086**

**859-254-5522**

Telephone Number

**3/1/2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

<b>Signature of Non-Attorney Petition Preparer</b>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

<b>Signature of Debtor (Corporation/Partnership)</b>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

</td>
<td></td>
</tr>
</table>

**fdba Rednour Properties, LLC**
**fdba Rednour Enterprises, Inc.**
**fdba Rednour Blake, LLC**
**fdba Rednour & Associates, Inc.**
**fdba R & G Investment Group, LLC**
**fdba Rednour-Graham, LLC**
**fdba Rednour-Chris, LLC**
**fdba Triple Crown Investments, LLC**
**fdba 11 Hughes Avenue, LLC**
**fdba 192 Wabash Avenue, LLC**
**fdba 250 Oxford Drive, LLC**
**fdba 543 Maple Street, LLC**
**fdba 1749 Liberty Road, LLC**
**fdba Rednour-Edwards Real Estate, Inc.**
**fdba 108 Anessa Lane, LLC**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Kentucky

### Lexington Division

In re  **Richard Ray Rednour, II** _____  Case No. _____
                          Debtor                                              *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Richard Ray Rednour, II**
                             **Richard Ray Rednour, II**

Date:   **3/1/2010**

B6A (Official Form 6A) (12/07)

In re:  **Richard Ray Rednour, II**                                      Case No. _____

                    **Debtor**                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **400 Plantation Road Unit 112 Gulf Shores, AL 35542**<br><br>**Mortgage to Worthington Federal Bank $91,605.76** | **Fee Owner** | | **$ 115,000.00** | **$ 91,605.76** |
| **Residence 79 Deer Park Drive Clay City, KY 40312**<br><br>**1st Mortgage to American Home Mortgage Servicing for $440,327.05 and 2nd Mortgage to GMAC Mortgage for $129,124.72** | **Fee Owner** | | **$ 350,000.00** | **$ 569,451.77** |
| | **Total** ➢ | | **$ 465,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Richard Ray Rednour, II** _____ ,     Case No. _____
                         **Debtor**                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | | **7,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account -0385** | | 193.21 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods & Furnishings - see attached list** | | 4,540.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Miscellaneous men's clothing - nominal value** | | 50.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **12 GA Browning Shotgun** | | 125.00 |
| Firearms and sports, photographic, and other hobby equipment. | | **12 GA Winchester** | | 100.00 |
| Firearms and sports, photographic, and other hobby equipment. | | **22 CA Riffle** | | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Monumental Insurance - $150,000 Whole Life (cash value $1,700)** | | 1,700.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Southern Farm - $2 Million term (nominal value)** | | 10.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Richard Ray Rednour, II**                                          ,        Case No. _____
                                    **Debtor**                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Rednour Enterprises, Inc. 100%; Rednour Properties, LLC 100%; Rednour & Associates, Inc. 100%; Rednour-Blake, LLC 100%; Rednour-Chris, LLC 50%; Rednour-Graham, LLC 50%; R&G Investment Group, LLC 100%; Triple Crown Investments, LLC 33%; Rednour-Edwards Real Estate, Inc.; 108 Anessa Lane, LLC owned by Ritchie**<br><br>**11 Hughes Avenue, LLC; 192 Wabash Avenue, LLC; 250 Oxford Drive, LLC; 543 Maple Street, LLC; 1749 Liberty Road, LLC; owned by Rednour Blake, LLC**<br><br>**($100 value each) (all in foreclosure of multiple mortgages - see SOFA No. 18a)** | | **1,500.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **See B-13 (all LLC's)** | | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Stepfather's single family 5 acre farm; $50,000 fmv present day; 55-year life estate; his Mom is in her late 80's; if she passes, it goes to present fair value** | | **1,000.00** |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Richard Ray Rednour, II**                                    ,        Case No. _____
                                  **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford Expedition (Ford Motor Credit lien)** | | **10,300.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford E-150 (Ford Motor Credit lien)** | | **7,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford E-150 (Ford Motor Credit lien)** | | **7,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford F-150 (Huntington National lien)** | | **6,950.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Chrysler 300M (DC Financial Serv. America lien)** | | **14,650.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Ford F-150 (Ford Motor Credit lien)** | | **7,900.00** |
| 26. Boats, motors, and accessories. | | **2000 Sea Ray 290 Cabin Cruiser (First Merit Bank lien)** | | **30,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

___2___  continuation sheets attached                    Total    >    **$ 100,068.21**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**SCHEDULE B4 - Household Goods & Furnishings**

Household Goods

| | | |
|---|---|---|
| Towels/Linens | $ | 25.00 |
| Dishes/Silverware | $ | 50.00 |
| Appliances | $ | 500.00 |
| Television - 36" | $ | 75.00 |
| Television - 36" | $ | 100.00 |
| DVD Player | $ | 15.00 |
| Laptop | $ | 300.00 |
| Sectional Sofa | $ | 100.00 |
| 2 Arm Chairs | $ | 150.00 |
| End Table | $ | 50.00 |
| Entertainment Center | $ | 200.00 |
| Kitchen Table | $ | 75.00 |
| Sofa Table | $ | 25.00 |
| Office Desk/Chair | $ | 100.00 |
| Bookshelf | $ | 25.00 |
| End Table | $ | 25.00 |
| 7 Lamps | $ | 70.00 |
| Pool Table | $ | 500.00 |
| Kitchen Table | $ | 10.00 |
| Love Seat | $ | 25.00 |
| Bedroom Suit | $ | 100.00 |
| Bedroom Suit | $ | 100.00 |
| Master Bedroom Suit | $ | 500.00 |
| Bedroom Suit | $ | 500.00 |
| Bedroom Suit | $ | 250.00 |
| Miscelaneous Books | $ | 100.00 |
| Miscelaneous CD/Tapes | $ | 50.00 |
| Wardrobe | $ | 300.00 |
| Wedding Band | $ | 40.00 |
| Watch | $ | 10.00 |
| 2 Deer Stands | $ | 100.00 |
| Deer Blind | $ | 25.00 |
| Binoculars | $ | 45.00 |
| | $ | 4,540.00 |

B6C (Official Form 6C) (12/07)

In re  **Richard Ray Rednour, II**                                              Case No. _____
_____                                                                        (If known)
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                           $136,875
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 12 GA Browning Shotgun | 11 USC § 522(d)(3) | 125.00 | 125.00 |
| 12 GA Winchester | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| 22 CA Riffle | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| Account -0385 | 11 USC § 522(d)(5) | 193.21 | 193.21 |
| Cash on Hand | 11 USC § 522(d)(5) | 7,000.00 | 7,000.00 |
| Household Goods & Furnishings - see attached list | 11 USC § 522(d)(3) | 4,540.00 | 4,540.00 |
| Miscellaneous men's clothing - nominal value | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| Monumental Insurance - $150,000 Whole Life (cash value $1,700) | 11 USC § 522(d)(8) | 1,700.00 | 1,700.00 |
| Rednour Enterprises, Inc. 100%; Rednour Properties, LLC 100%; Rednour & Associates, Inc. 100%; Rednour-Blake, LLC 100%; Rednour-Chris, LLC 50%; Rednour-Graham, LLC 50%; R&G Investment Group, LLC 100%; Triple Crown Investments, LLC 33%; Rednour-Edwards Real Estate, Inc.; 108 Anessa Lane, LLC owned by Ritchie<br><br>11 Hughes Avenue, LLC; 192 Wabash Avenue, LLC; 250 Oxford Drive, LLC; 543 Maple Street, LLC; 1749 Liberty Road, LLC; owned by Rednour Blake, LLC<br><br>($100 value each) (all in foreclosure of multiple mortgages - see SOFA No. 18a) | 11 USC § 522(d)(5) | 1,500.00 | 1,500.00 |
| Southern Farm - $2 Million term (nominal value) | 11 USC § 522(d)(8) | 10.00 | 10.00 |

**B6C (Official Form 6C) (12/07) - Cont.**

In re   **Richard Ray Rednour, II** _____,        Case No. _____
                                              Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Stepfather's single family 5 acre farm; $50,000 fmv present day; 55-year life estate; his Mom is in her late 80's; if she passes, it goes to present fair value** | **11 USC § 522(d)(5)** | **1,000.00** | **1,000.00** |

B6D (Official Form 6D) (12/07)

In re **Richard Ray Rednour, II** _____.   Case No. _____

                    **Debtor**                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**American Home Mortgage**<br>**PO Box 631730**<br>**Irving, TX 75063** | | | **Residence - First Mortgage**<br><br>**1st Mortgage to American Home Mortgage Servicing for $440,327.05 and 2nd Mortgage to GMAC Mortgage for $129,124.72**<br><br>**VALUE $350,000.00** | | | | 440,327.05 | 90,327.05 |
| ACCOUNT NO.<br><br>**DC Financial Services**<br>**PO Box 997533**<br>**Sacramento, CA 95899** | | | **2008 Chrysler 300M**<br><br>**VALUE $14,650.00** | | | | 14,000.00 | 0.00 |
| ACCOUNT NO.<br><br>**First Merit Bank**<br>**106 S. Main Street**<br>**Akron, OH 44308** | | | **2000 Sea Ray 290 Cabin Cruiser**<br><br>**VALUE $30,000.00** | | | | 75,100.00 | 45,100.00 |
| ACCOUNT NO.<br><br>**Ford Motor Credit**<br>**PO Box 105704**<br>**Atlanta, GA 30348** | | | **2006 Ford Expedition**<br><br>**VALUE $10,300.00** | | | | 22,700.00 | 12,400.00 |

2   continuation sheets
    attached

Subtotal  ➢
(Total of this page)                                    $   552,127.05  $   147,827.05

Total  ➢
(Use only on last page)                                $                $

(Report also on Summary of   (If applicable, report
Schedules)                   also on Statistical
                             Summary of Certain
                             Liabilities and
                             Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Richard Ray Rednour, II** _____.        Case No. _____

        Debtor                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Ford Motor Credit<br>PO Box 105704<br>Atlanta, GA 30348** | | | **2007 Ford E150**<br><br>**VALUE $7,000.00** | | | | 12,600.00 | 5,600.00 |
| ACCOUNT NO. <br><br>**Ford Motor Credit<br>PO Box 105704<br>Atlanta, GA 30348** | | | **2007 Ford E150**<br><br>**VALUE $7,000.00** | | | | 12,600.00 | 5,600.00 |
| ACCOUNT NO. <br><br>**Ford Motor Credit<br>PO Box 105704<br>Atlanta, GA 30348** | | | **2008 Ford F150**<br><br>**VALUE $7,900.00** | | | | 8,900.00 | 1,000.00 |
| ACCOUNT NO. <br><br>**Ford Motor Credit<br>PO Box 105704<br>Atlanta, GA 30348** | | | **2007 Ford F150**<br><br>**VALUE $6,950.00** | | | | 7,900.00 | 950.00 |

Sheet no. _1_ of _2_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $ | 42,000.00 | $ | 13,150.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Richard Ray Rednour, II** _____ ,     Case No. _____

                            **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1319** <br><br>**GMAC Mortgage** <br>**PO Box 9001719** <br>**Louisville, KY 40290-1719** | | | **Residence - Second Mortgage** <br><br>**1st Mortgage to American Home Mortgage Servicing for $440,327.05 and 2nd Mortgage to GMAC Mortgage for $129,124.72** <br><br>**VALUE $350,000.00** | | | | 569,451.77 | 219,451.77 |
| ACCOUNT NO. <br><br>**Huntington National Bank** <br>**2361 Morse Road** <br>**Columbus, OH 43229** | | | **2008 Ford F-150** <br><br>**VALUE $7,900.00** | | | | 9,300.00 | 1,400.00 |
| ACCOUNT NO. <br><br>**Huntington National Bank** <br>**2361 Morse Road** <br>**Columbus, OH 43229** | | | **2007 Ford F150** <br><br>**VALUE $6,950.00** | | | | 7,900.00 | 950.00 |
| ACCOUNT NO.  **0068** <br><br>**Worthington Federal Bank** <br>**4040 Balmoral Drive** <br>**Huntsville, AL 35801** | | | **400 Plantation Road Unit 112 Gulf Shores, AL 35542** <br><br>**VALUE $115,000.00** | | | | 91,605.76 | 0.00 |

Sheet no.  2 of  2 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | Amount | Unsecured |
|---|---|---|
| Subtotal | $    678,257.53 | $    221,801.77 |
| Total | $  1,272,384.58 | $    382,778.82 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re    **Richard Ray Rednour, II**                                    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4  continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re **Richard Ray Rednour, II**                                    ,          Case No. _____
                                    Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Clay City**<br>**PO Box 548**<br>**Clay City, KY 40312** | | | **Personal Guarantor of Corporate Debt (property taxes)** | | | | **15,500.00** | **15,500.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Clay City**<br>**PO Box 548**<br>**Clay City, KY 40312** | | | **Personal Guarantor of Corporate Debt (payroll taxes)** | | | | **7,615.61** | **7,615.61** | **$0.00** |
| ACCOUNT NO.<br>**City of Stanton**<br>**PO Box 370**<br>**Stanton, KY 40380** | | | **Personal Guarantor of Corporate Debt (property taxes)** | | | | **4,500.00** | **4,500.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Stanton Water & Sewer**<br>**PO Box 370**<br>**Stanton, KY 40380** | | | **Personal Guarantor of Corporate Debt** | | | | **3,000.00** | **3,000.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Winchester**<br>**PO Box 4135**<br>**Winchester, KY 40391** | | | **Personal Guarantor of Corporate Debt (property taxes)** | | | | **972.25** | **972.25** | **$0.00** |
| ACCOUNT NO.<br>**Clark County Sheriff**<br>**17 Cleveland Avenue**<br>**Winchester, KY 40391** | | | **Personal Guarantor of Corporate Debt (property taxes)** | | | | **8,173.28** | **8,173.28** | **$0.00** |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▸
(Totals of this page)

| $ | **39,761.14** | $ | **39,761.14** | $ | **0.00** |
|---|---|---|---|---|---|

Total   ▸
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |
|---|---|---|

Total   ▸
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ | $ |
|---|---|---|

B6E (Official Form 6E) (12/07) – Cont.

In re  **Richard Ray Rednour, II**                                          Case No. _____
_____                                              (If known)
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clark County Tax Admin.**<br>**34 S. Main Street**<br>**Winchester, KY 40391** | | | **Personal Guarantor of Corporate Debt (payroll taxes)** | | | | **783.66** | **783.66** | **$0.00** |
| ACCOUNT NO.<br>**Clay City Water & Sewer**<br>**PO Box 548**<br>**Clay City, KY 40312** | | | **Potential personal liability of Rednour Properties** | | | | **2,500.00** | **2,500.00** | **$0.00** |
| ACCOUNT NO.<br>**Fayette County Public Schools**<br>**701 East Main Street**<br>**Lexington, KY 40502** | | | **Liability of Rednour Properties** | | | | **500.00** | **500.00** | **$0.00** |
| ACCOUNT NO.<br>**Fayette County Sheriff**<br>**PO Box 34148**<br>**Lexington, KY 40588** | | | **Corporate Debt** | | | | **180,000.00** | **180,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**PO Box 1233**<br>**Charlotte, NC 28201-1233** | | | **Personal Guarantor of Corporate Debt (940, 941, 944 taxes)** | | | | **458,881.13** | **458,881.13** | **$0.00** |
| ACCOUNT NO.<br>**Kentucky Labor Cabinet**<br>**Division of Workers Claims**<br>**657 Chamberlin Avenue**<br>**Frankfort, KY 40619** | | | **Personal Guarantor of Corporate Debt** | | | | **51,402.29** | **51,402.29** | **$0.00** |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals ►<br>(Totals of this page) | $ **694,067.08** | $ **694,067.08** | $ **0.00** |
|---|---|---|---|---|
|  | Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re  **Richard Ray Rednour, II**                                          Case No. _____

                            Debtor                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kentucky State Treasurer Revenue Cabinet Frankfort, KY 40619** | | | **personal taxes due** | | | | **7,000.00** | **7,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Kentucky State Treasurer Revenue Cabinet Frankfort, KY 40619** | | | **Personal Guarantor of Corporate Debt (K-1 Withholding, UI-3 Unemployment)** | | | | **113,524.94** | **113,524.94** | **$0.00** |
| ACCOUNT NO.<br>**LFUCG PO Box 13057 Lexington, KY 40512** | | | **Potential personal liability of Rednour Properties** | | | | **8,000.00** | **8,000.00** | **$0.00** |
| ACCOUNT NO.<br>**LFUCG Division of Revenue PO Box 3090 Lexington, KY 40588-3090** | | | **Potential personal liability of Rednour Properties** | | | | **800.00** | **800.00** | **$0.00** |
| ACCOUNT NO.<br>**Madison County Sheriff 135 West Irvine St., B01 Richmond, KY 40475** | | | **Potential Personal Guarantor of Corporate Debt** | | | | **3,681.98** | **3,681.98** | **$0.00** |
| ACCOUNT NO.<br>**Mt. Sterling Water & Sewer PO Box 392 Mt. Sterling, KY 40353** | | | **Potential Personal Guarantor of Corporate Debt** | | | | **90.00** | **90.00** | **$0.00** |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▷ (Totals of this page) | **$ 133,096.92** | **$ 133,096.92** | **$ 0.00** |
| Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **Richard Ray Rednour, II**                                       ,          Case No. _____

_____
Debtor                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Powell County Financial Officer<br>PO Box 506<br>Stanton, KY 40380** | | | **Potential Personal Guarantor of Corporate Debt** | | | | **5,125.09** | **5,125.09** | **$0.00** |
| ACCOUNT NO.<br>**Powell County Fiscal Court<br>PO Box 506<br>Stanton, KY 40380** | | | **Potential Personal Guarantor of Corporate Debt** | | | | **12.00** | **12.00** | **$0.00** |
| ACCOUNT NO.<br>**Powell County Sheriff<br>524 Washington Street<br>Stanton, KY 40380** | | | **Potential Personal Guarantor of Corporate Debt** | | | | **56,494.09** | **56,494.09** | **$0.00** |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $   **61,631.18** | $   **61,631.18** | $        **0.00** |
| Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   **928,556.32** | | |
| Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $   **928,556.32** | $        **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Richard Ray Rednour, II** _____    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**108 Anessa Lane, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |
| ACCOUNT NO.<br><br>**11 Hughes Avenue, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |
| ACCOUNT NO.<br><br>**1749 Liberty Road, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |
| ACCOUNT NO.<br><br>**1800  Pack Rat**<br>**1850 Bryant Road**<br>**Lexington, KY 40509** | | | **Potential personal liability of Rednour Properties** | | | | **722.94** |
| ACCOUNT NO.<br><br>**192 Wabash Avenue, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |

  36   Continuation sheets attached

Subtotal  ➤  $        **762.94**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                          Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**250 Oxford Drive, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |
| ACCOUNT NO.<br><br>**260 Oxford Drive Apartments Reo**<br>**c/o Ian T. Ramsey, Esq.**<br>**Stites & Harbison**<br>**400 West Market St., Suite 1800**<br>**Louisville, KY 40202-3352** | | | **lawsuit - corporate debt** | | | | **0.00** |
| ACCOUNT NO.<br><br>**543 Maple Street, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |
| ACCOUNT NO.<br><br>**84 Lumber, Inc.**<br>**1450 Bypass Road**<br>**Winchester, KY 40391** | | | **Mechanics Lien** | | | | **7,606.38** |
| ACCOUNT NO.<br><br>**ABC and Spangler Roof Service**<br>**677 Leslie Court**<br>**Lexington, KY 40444** | | | **Personal Guarantor of Corporate Debt** | | | | **90,000.00** |

Sheet no.  1 of 36 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **97,626.38**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                      Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ACC Business**<br>**400 West Avenue**<br>**Rochester, NY 14611** | | | **Potential personal liability of Rednour Properties** | | | | 2,000.00 |
| ACCOUNT NO.<br><br>**Advertising Vehicles**<br>**4460 Lake Forest Drive, Suite 210**<br>**Cincinnati, OH 45242** | | | **Potential personal liability of Rednour Properties** | | | | 202.05 |
| ACCOUNT NO.<br><br>**Advocate Communications**<br>**PO Box 149**<br>**Danville, KY 40423** | | | **Potential personal liability of Rednour Properties** | | | | 3,045.78 |
| ACCOUNT NO.<br><br>**Allens Hardware**<br>**30 Black Creek Road**<br>**Clay City, KY 40312** | | | **Personal Guarantor of Corporate Debt** | | | | 45,344.39 |
| ACCOUNT NO.<br><br>**Allied Waste Service**<br>**PO Box 9001099**<br>**Louisville, KY 40290** | | | **Potential personal liability of Rednour Properties** | | | | 690.16 |

Sheet no. _2_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                **51,282.38**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II** _____

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | | Personal Guarantor of Corporate Debt (corporate business debt on personal credit card) | | | | 19,000.00 |
| ACCOUNT NO.<br><br>Amrent Inc./CBC Innovis<br>PO Box 535595<br>Pittsburgh, PA 15253-5595 | | | Potential personal liability of Rednour Properties | | | | 5,000.00 |
| ACCOUNT NO.<br><br>Andrew Lynn<br>209 East High Street<br>Lexington, KY 40507 | | | Potential personal liability of Rednour Properties | | | | 140.00 |
| ACCOUNT NO.<br><br>Anesthesia Associates, PSC<br>3320 Tates Creek Road<br>Lexington, KY 40502 | | | Potential personal liability of Rednour Properties | | | | 560.00 |
| ACCOUNT NO.<br><br>Anthem BCBS<br>PO Box 105675<br>Atlanta, GA 30348-5675 | | | Personal Guarantor of Corporate Debt | | | | 572.70 |

Sheet no. _3_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 25,272.70

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Ray Rednour, II**  _____

Case No. _____

_____ Debtor _____          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Apartment Finder 2305 Newport Parkway Lawrenceville, GA 30046** | | | Potential personal liability of Rednour Properties | | | | 5,040.00 |
| ACCOUNT NO. **April Villasana c/o John G. Rice, Esq. 29 South Main Street Winchester, KY 40391** | | | lawsuit - Rednour Properties | | | | 0.00 |
| ACCOUNT NO. **AT&T PO Box 105262 Atlanta, GA 30348** | | | Personal Guarantor of Corporate Debt | | | | 859.36 |
| ACCOUNT NO. **Auto Owners Insurance PO Box 30315 Lansing, MI 48909-7815** | | | Potential personal liability of Rednour Properties | | | | 100,000.00 |
| ACCOUNT NO. **B. Scott Graham 331 East College Avenue Stanton, KY 40380** | | | Personal Guarantor of Corporate Debt (business investment) | | | | 160,000.00 |

Sheet no. _4_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      **265,899.36**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II** _____    Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **-6372** <br><br> **Bank of America** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | | | **Personal Guarantor of Corporate Debt** | | | | **110,000.00** |
| ACCOUNT NO.  **-4866** <br><br> **Bank of America** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | | | **Personal Guarantor of Corporate Debt** | | | | **5,000.00** |
| ACCOUNT NO.  **7049; 7050; 6927; 6928; 6926;** <br><br> **Bayview Loan Servicing** <br> **PO Box 3042** <br> **Milwaukee, WI 53201-3042** | | | **Personal Guarantor of Corporate Debt** | | | | **1,944,919.96** |
| ACCOUNT NO. <br><br> **Benjamin B. & Carrie L. Davidson** <br> **c/o David G. Perdue, Esq.** <br> **PO Box 968** <br> **Winchester, KY 40391-2619** | | | **Potential business claim - former partner.  See SOFA No. 22 - listed as potential claimant** | | | | **10.00** |
| ACCOUNT NO.  **-0124** <br><br> **Benthall Bros., Inc.** <br> **761 East 7th Street** <br> **Lexington, KY 40505** | | | **Potential personal liability of Rednour Properties** | | | | **5,400.00** |

Sheet no.  5 of 36 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **2,065,329.96**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
                                   Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Berea Infotech<br>204 Ogg Lane<br>Berea, KY 40403** | | | **Potential personal liability of Rednour Properties** | | | | 1,968.50 |
| ACCOUNT NO.<br>**Berea Top Shop<br>PO Box 1017<br>Berea, KY 40403** | | | **Potential personal liability for business debt** | | | | 1,700.00 |
| ACCOUNT NO.<br>**Blake Adams Engineering<br>29 Atkinson Street<br>Stanton, KY 40380** | | | **Personal Guarantor of Corporate Debt** | | | | 8,000.00 |
| ACCOUNT NO.<br>**BMW Financial Services<br>PO Box 9001065<br>Louisville, KY 40290-1065** | | | **2008 BMW M6 - repo** | | | | 40,000.00 |
| ACCOUNT NO.  **-8008; -5422**<br>**BMW Financial Services<br>PO Box 9001065<br>Louisville, KY 40290-1065** | | | **Personal Guarantor of Corporate Debt** | | | | 154,000.00 |

Sheet no.  6 of 36 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   **205,668.50**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II** _____  Case No. _____
                               **Debtor**                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brian E. Johnson<br>916 S. Dogwood Drive<br>Berea, KY 40403 | | | Personal Guarantor of Corporate Debt | | | | 125,000.00 |
| ACCOUNT NO.<br><br>Builder Designs, Inc.<br>118 N. Cherry Street<br>Olathe, KS 66061 | | | Potential personal liability of Rednour & Associates | | | | 600.00 |
| ACCOUNT NO.<br><br>Burnace Rice<br>197 3rd Avenue<br>Clay City, KY 40312 | | | Personal Guarantor of Corporate Debt | | | | 30,000.00 |
| ACCOUNT NO.<br><br>Cantrell Supply, Inc.<br>245 North Main Street<br>Winchester, KY 40391 | | | Potential personal liability of Rednour Properties | | | | 600.00 |
| ACCOUNT NO.    -7550; -1220<br><br>Capital One Bank<br>PO Box 650007<br>Dallas, TX 75265-0007 | | | Personal Guarantor of Corporate Debt | | | | 4,400.00 |

Sheet no.  7 of 36 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                 Subtotal  ➤ $           **160,600.00**

                                                 Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
_____
                        **Debtor**                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 11,500.00 |
| **Caudill Truss Company** **1479 Van Thompson Road** **Mt. Sterling, KY 40353** | | | **Personal Guarantor of Corporate Debt** | | | | |
| ACCOUNT NO. | | | | | | | 65,000.00 |
| **Cecil Moores** **237 Concord Road** **Richmond, KY 40475** | | | **Personal Guarantor of Corporate Debt (business)** | | | | |
| ACCOUNT NO. | | | | | | | 1,049.40 |
| **Central Baptist Hospital** **PO Box 32940** **Louisville, KY 40232-2940** | | | **Potential personal liability of Rednour Properties** | | | | |
| ACCOUNT NO. | | | | | | | 230.00 |
| **Central Emergency Physicians** **PO Box 1827** **Lexington, KY 40588** | | | **Potential personal liability of Rednour Properties** | | | | |
| ACCOUNT NO. | | | | | | | 21.00 |
| **Central Radiology** **PO Box 70335** **Louisville, KY 40270-0335** | | | **Potential personal liability of Rednour Properties** | | | | |

Sheet no.  8  of  36  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **77,800.40**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**

Case No. _____

Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Charles Satellite<br>5536 Main Street<br>Clay City, KY 40312** | | | **Potential personal liability of Rednour Properties** | | | | **500.00** |
| ACCOUNT NO.<br>**Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153** | | | **Personal Guarantor of Corporate Debt** | | | | **12.00** |
| ACCOUNT NO.<br>**Cherish Rednour<br>428 Tremont Lane<br>Winchester, KY 40391** | | | **Personal Guarantor of Corporate Debt** | | | | **327,000.00** |
| ACCOUNT NO.<br>**Chris Pace<br>432 Country Club Drive<br>Winchester, KY 40391** | | | **Personal Guarantor of Corporate Debt** | | | | **200,000.00** |
| ACCOUNT NO.  **5842**<br>**Chrysler Financial<br>PO Box 9001921<br>Louisville, KY 40290-1921** | | | **Personal Guarantor of Corporate Debt** | | | | **14,000.00** |

Sheet no.  9 of 36 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          **541,512.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Richard Ray Rednour, II**                                  Case No. _____
                                    **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citi Cards**<br>PO Box 183067<br>Columbus, OH 43218-3067 | | | **Personal Guarantor of Corporate Debt** | | | | **34,000.00** |
| ACCOUNT NO.   **8032**<br>**Citizens Bank**<br>PO Box 127<br>Broadhead, KY 40409 | **X** | | **Personal Guarantor of Corporate Debt** | | | | **952,263.70** |
| ACCOUNT NO.<br>**Clark Immediate Care Center**<br>PO Box 4140<br>Winchester, KY 40392-4140 | | | **Potential personal liability of Rednour Properties** | | | | **500.00** |
| ACCOUNT NO.<br>**Clay City Times**<br>PO Box 547<br>Clay City, KY 40312 | | | **Potential personal liability of Rednour Properties** | | | | **4,000.00** |
| ACCOUNT NO.<br>**Clear Channel Broadcasting, Inc.**<br>PO Box 406617<br>Atlanta, GA 30384 | | | **Potential personal liability of Rednour Properties** | | | | **5,000.00** |

Sheet no.  10  of  36  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **995,763.70**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                          Case No. _____
                                                                                          (If known)
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **0735**<br>**Coca-Cola**<br>**Tri-State Coca-Cola Lexington Sales**<br>**Chicago, IL 60674-2329** | | | **Potential personal liability of Rednour Properties** | | | | 1,600.00 |
| ACCOUNT NO.<br>**Coin Mach Laundry**<br>**PO Box 27288**<br>**New York, NY 10087-7288** | | | **lawsuit** | | | | 100,000.00 |
| ACCOUNT NO.<br>**Columbia Gas of Ky**<br>**PO Box 2200**<br>**Lexington, KY 40588-2200** | | | **Potential personal liability of Rednour Properties** | | | | 2,000.00 |
| ACCOUNT NO.<br>**Commonwealth Premium Finance**<br>**PO Box 14076**<br>**Lexington, KY 40512** | | | **Personal Guarantor of Corporate Debt** | | | | 13,000.00 |
| ACCOUNT NO.   **2500**<br>**Community Trust Bank, Inc.**<br>**84100 Loan Admin**<br>**Pikeville, KY 41502-2947** | X | | **Personal Guarantor of Corporate Debt** | | | | 690,083.00 |

Sheet no.  11  of  36  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **806,683.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II** _____      Case No. _____
                                   **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0055**<br><br>**Cumberland Valley Nat'l Bank**<br>**PO Box 709**<br>**London, KY 40743** | X | | **Personal Guarantor of Corporate Debt** | | | | **1,558,580.89** |
| ACCOUNT NO.<br><br>**Davidson & Oeltgen, PLLC**<br>**139 West Short Street**<br>**Lexington, KY 40507** | | | **Judgment in Spangler Roof Services lawsuit for attorney fees** | | | | **20,000.00** |
| ACCOUNT NO.<br><br>**Dish Network**<br>**Dept. 0063**<br>**Palatine, IL 60055-0063** | | | **Potential personal liability of Rednour Properties** | | | | **362.56** |
| ACCOUNT NO.<br><br>**Disponette Services**<br>**717 E. Loudon Avenue**<br>**Lexington, KY 40505** | | | **Potential personal liability of Rednour Properties** | | | | **12,000.00** |

Sheet no.  12 of 36 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $  **1,590,943.45**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                         Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DMC Construction**<br>**4169 John Alden Lane**<br>**Lexington, KY 40504**<br><br><br>**DMC Construction**<br>**c/o Douglas T. Logsdon**<br>**McBrayer McGinnis Leslie & Kirkland**<br>**201 East Main Street, Suite 1000**<br>**Lexington, KY 40507** | | | **Personal Guarantor of Corporate Debt** | | | | **327,000.00** |
| ACCOUNT NO.<br><br>**Dunn & Bradstreet**<br>**103 JFK Parkway**<br>**Short Hills, NJ 07078** | | | **Potential personal liability for collection agency of corporations** | | | | **898.00** |
| ACCOUNT NO.<br><br>**Elite Pest Control Co.**<br>**632 Bizzell Drive**<br>**Lexington, KY 40544** | | | **Potential personal liability of Rednour Properties** | | | | **9,000.00** |
| ACCOUNT NO.<br><br>**Evermans Texaco**<br>**PO Box 456**<br>**Stanton, KY 40380** | | | **Personal Guarantor of Corporate Debt** | | | | **24,691.09** |

Sheet no. _13_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $       **361,589.09**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Ray Rednour, II**                Case No. _____
                       **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**First Capital Bank**<br>**PO Box 6868**<br>**Louisville, KY 40207** | | | **Guarantee for Rednour Blake LLC** | | | | **10.00** |
| ACCOUNT NO.<br><br>**First Merit Bank**<br>**PO Box 148**<br>**Akron, OH 44309-0148** | | | **Personal Guarantor of Corporate Debt** | | | | **75,026.21** |
| ACCOUNT NO.   **0117; 9274; 1137**<br><br>**First State Financial, Inc.**<br>**3735 Palomar Centre Drive**<br>**Lexington, KY 40513** | | | **Personal Guarantor of Corporate Debt** | | | | **4,309,375.00** |
| ACCOUNT NO.<br><br>**Fleet Services**<br>**1012 State College Road**<br>**Dover, DE 19904** | | | **Potential personal liability of Rednour Properties** | | | | **1,600.00** |
| ACCOUNT NO.   **0688; 0634; 0479**<br><br>**Forcht Bank**<br>**PO Box 55250**<br>**Lexington, KY 40555** | **X** | | **Personal Guarantor of Corporate Debt** | | | | **1,262,475.56** |

Sheet no. __14__ of __36__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **5,648,486.77**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
                                    **Debtor**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8295; 8874; 5933; 9408; 2481;** <br><br>**Ford Credit** <br>**PO Box 94380** <br>**Palatine, IL 60094-4380** | | | **Personal Guarantor of Corporate Debt** | | | | **131,408.66** |
| ACCOUNT NO. <br><br>**Ford Motor Credit** <br>**PO Box 105704** <br>**Atlanta, GA 30348** | | | **2007 Ford E150 - repo** | | | | **12,600.00** |
| ACCOUNT NO. <br><br>**Ford Motor Credit** <br>**PO Box 105704** <br>**Atlanta, GA 30348** | | | **2008 Ford F150 - repo** | | | | **13,000.00** |
| ACCOUNT NO. <br><br>**Ford Motor Credit** <br>**PO Box 105704** <br>**Atlanta, GA 30348** | | | **2008 Ford F350 - repo** | | | | **45,200.00** |
| ACCOUNT NO. <br><br>**GMAC** <br>**PO Box 8101** <br>**Cockeysville, MD 21030** | | | **2008 Cadillac Escalade ESV - repo** | | | | **55,000.00** |

Sheet no. _15_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **257,208.66**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                  Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 500.00 |
| **Great American Business** **6701 Concord Park Drive** **Houston, TX 77040-9802** | | | Potential personal liability of Rednour Properties | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Gulf Shores Plantation Condo Assoc.** **PO Box 1299** **Gulf Shores, AL 36547** | | | lien | | | | |
| ACCOUNT NO. | | | | | | | 1,750.00 |
| **Harrod Concrete** **PO Box 794** **Frankfort, KY 40602** | | | Potential personal liability of Rednour Properties | | | | |
| ACCOUNT NO. | | | | | | | 415.60 |
| **Hatfield Newspapers** **PO Box 660** **Irvine, KY 40336** | | | Potential personal liability of Rednour Properties | | | | |
| ACCOUNT NO. | | | | | | | 13,500.00 |
| **HD Supply Facilities Maintenance** **PO Box 509058** **San Diego, CA 92150** | | | Potential personal liability of Rednour Properties | | | | |

Sheet no. _16_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $                     **16,165.60**

Total  ▷  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                      Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HD Supply, Inc.<br>PO Box 509058<br>San Diego, CA 92150 | | | Mechanics Lien | | | | 10,501.43 |
| ACCOUNT NO.<br><br>Home Depot<br>PO Box 6031<br>The Lakes, NV 88901 | | | Potential personal liability of Rednour Properties | | | | 25,700.00 |
| ACCOUNT NO.<br><br>Homer Rice<br>253 Sunset Drive<br>Clay City, KY 40312 | | | Personal Guarantor of Corporate Debt | | | | 85,175.96 |
| ACCOUNT NO.  0002; 9183; 1890<br><br>Huntington National Bank<br>PO Box 182519<br>Columbus, OH 43218-2519 | | | Personal Guarantor of Corporate Debt | | | | 64,200.00 |
| ACCOUNT NO.<br><br>Huntington National Bank<br>2361 Morse Road<br>Columbus, OH 43229 | | | 2008 Ford F150 - repo | | | | 13,000.00 |

Sheet no. _17_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                     198,577.39

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
_____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Hurst Furniture** 175 Blackburn Street Stanton, KY 40380 | | | **Potential personal liability of Rednour Properties** | | | | 19,133.58 |
| ACCOUNT NO. **Infinite Solutions, LLC** 222 East Market Street New Albany, IN 47150 | | | **Potential personal liability of Rednour Properties** | | | | 2,505.60 |
| ACCOUNT NO. **Jetz Laundry Systems, Inc.** 901 N.E. River Road Topeka, KS 66616-1133 | | | **lawsuit - corporate debt** | | | | 0.00 |
| ACCOUNT NO. **Ken Tyson Plumbing Inc** 228 Industry Pkwy Nicholasville, KY 40356 | | | **Potential personal liability of Rednour Properties** | | | | 3,000.00 |
| ACCOUNT NO. **Kentucky American Water** PO Box 371880 Pittsburgh, PA 15250-7880 | | | **Potential personal liability of Rednour Properties** | | | | 16,000.00 |

Sheet no. __18__ of __36__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **40,639.18**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Richard Ray Rednour, II**                                    Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kentucky Employers Mutual Ins.**<br>**250 W. Main Street**<br>**Lexington, KY 40507** | | | **Personal Guarantor of Corporate Debt** | | | | **100,000.00** |
| ACCOUNT NO.<br>**Kentucky Hand & Physical Therapy**<br>**151 N. Eagle Creek Drive, Suite 400**<br>**Lexington, KY 40509** | | | **Potential personal liability of Rednour Properties** | | | | **755.00** |
| ACCOUNT NO.<br>**Kentucky Tax Lien Fund, LLC**<br>**200 Southland Drive**<br>**Lexington, KY 40503** | | | **Potential personal liability of Rednour Properties** | | | | **200,000.00** |
| ACCOUNT NO.<br>**Kentucky Utilities**<br>**308 W. Lexington Avenue**<br>**Winchester, KY 40391** | | | **Potential personal liability of Rednour Properties** | | | | **15,000.00** |
| ACCOUNT NO.  **6567**<br>**Keybank/Midland Capital**<br>**911 Main Street, Suite 1500**<br>**Kansas City, MO 64105** | | X | **Personal Guarantor of Corporate Debt** | | | | **4,432,346.35** |

Sheet no.  19  of  36  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $   **4,748,101.35**

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                        Case No. _____
                                        **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Lands' End PO Box 217 Dodgeville, WI 53533-0217** | | | Potential personal liability of Rednour Properties | | | | 1,217.55 |
| ACCOUNT NO. **Lansing Building Products 2320 Maggard Drive Lexington, KY 40511** | | | Potential personal liability of Rednour Properties | | | | 22,696.48 |
| ACCOUNT NO. **Lexcut 1209 Kekyll Drive Lexington, KY 40513** | | | Potential personal liability of Rednour Properties | | | | 3,100.00 |
| ACCOUNT NO. **Lexington Clinic 700 Bob-O-Link Drive Lexington, KY 40504** | | | Potential personal liability of Rednour Properties | | | | 300.00 |
| ACCOUNT NO. **Lexington Urgent Treatment Assoc. 3174 Custer Drive, Suite 200 Lexington, KY 40517** | | | Potential personal liability of Rednour Properties | | | | 700.00 |

Sheet no. _20_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ |  28,014.03

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
                                      **Debtor**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Lex-Rooter<br>PO Box 54805<br>Lexington, KY 40555** | | | **Potential personal liability of Rednour Properties** | | | | 2,060.00 |
| ACCOUNT NO. <br><br>**Little Heat and Little Air<br>PO Box 1687<br>Richmond, KY 40476** | | | **Potential personal liability of Rednour Properties** | | | | 1,500.00 |
| ACCOUNT NO. <br><br>**Littrell Homes<br>272 Redwing Drive<br>Winchester, KY 40391** | | | **Potential personal liability of Rednour & Associates  (breach of lease damages)** | | | | 20,000.00 |
| ACCOUNT NO. <br><br>**London Computer Systems, Inc.<br>1007 Cottonwood Drive<br>Loveland, OH 45140** | | | **Potential personal liability of Rednour Properties** | | | | 1,295.00 |
| ACCOUNT NO.  **-2323** <br><br>**Lowe's<br>1221 Bypass Road<br>Winchester, KY 40391** | | | **Personal Guarantor of Corporate Debt** | | | | 5,001.52 |

Sheet no. _21_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $  **29,856.52**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
                                                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Lupita Satelites<br>1160 B Winburn Drive<br>Lexington, KY 40511** | | | **Potential personal liability of Rednour Properties** | | | | 1,700.00 |
| ACCOUNT NO.<br><br>**M&M Sanitation<br>4000 Park Central Avenue<br>Nicholasville, KY 40356** | | | **Potential personal liability of Rednour Properties** | | | | 400.00 |
| ACCOUNT NO.<br><br>**Mac Gray<br>PO Box 153<br>Newark, NJ 07192-5346** | | | **Potential personal liability of Rednour Properties** | | | | 5,000.00 |
| ACCOUNT NO.<br><br>**Madoki Hospitality, Inc.<br>PO Box 1299<br>Gulf Shores, AL 36547** | | | **Personal Gurantor of Corporate Debt** | | | | 3,000.00 |
| ACCOUNT NO.<br><br>**Medworks<br>1934 Bypass Road<br>Winchester, KY 40391** | | | **Potential personal liability of Rednour Properties** | | | | 600.00 |

Sheet no.  22  of  36  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                          10,700.00

Total  ➤ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Metro Glass & Glazing<br>PO Box 175<br>Winchester, KY 40392** | | | **Potential personal liability of Rednour Properties** | | | | 1,500.00 |
| ACCOUNT NO.<br><br>**Metro Towing, LLC<br>855 Angliana Avenue<br>Lexington, KY 40508** | | | **Potential personal liability of Rednour Properties** | | | | 80.00 |
| ACCOUNT NO.<br><br>**Moore Pipeline Corrosion Service<br>1083 Iroquois Drive<br>Mt. Sterling, KY 40353** | | | **Potential personal liability of Rednour Properties** | | | | 1,400.00 |
| ACCOUNT NO.<br><br>**Mr. Rooter<br>301 United Ct #8<br>Lexington, KY 40509** | | | **Potential personal liability of Rednour Properties** | | | | 600.00 |
| ACCOUNT NO.<br><br>**N Lexington UTC Assoc., PSC<br>PO Box 910588<br>Lexington, KY 40591** | | | **Potential personal liability of Rednour Properties** | | | | 400.00 |

Sheet no. _23_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 3,980.00

Total ➤ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **-1239** <br><br> **Nissan Motor** <br> **PO Box 0548** <br> **Carol Stream, IL 60132-0548** | | | **Personal Guarantor of Corporate Debt** | | | | **27,103.10** |
| ACCOUNT NO. <br><br> **Norandex/Reynolds** <br> **1190 Brock McVey Drive** <br> **Lexington, KY 40509** <br><br><br> **Norandex/Reynolds Distribution** <br> **c/o James M. Lloyd, Esq.** <br> **Lloyd & McDaniel, PLC** <br> **PO Box 23200** <br> **Louisville, KY 40223-0306** | | | **Potential personal liability of Rednour Properties (probable personal guaranty)** | | | | **4,551.71** |
| ACCOUNT NO. <br><br> **Office Depot** <br> **PO Box 689182** <br> **Des Moines, IA 50368-9182** | | | **Potential personal liability of Rednour Properties** | | | | **6,400.00** |
| ACCOUNT NO. <br><br> **Orkin** <br> **790 Enterprise Drive** <br> **Lexington, KY 40510-1030** | | | **Potential personal liability of Rednour Properties** | | | | **3,500.00** |

Sheet no.  24 of 36 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              **41,554.81**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____

_____                                               _____
Debtor                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Overbee's Carpet & Cleaning**<br>**80 Creekside Drive**<br>**Stanton, KY 40380** | | | **Potential personal liability of Rednour Properties** | | | | 9,900.00 |
| ACCOUNT NO.<br><br>**Paul Miller Ford**<br>**975 East New Circle Road**<br>**Lexington, KY 40505** | | | **Potential personal liability of Rednour Properties** | | | | 2,500.00 |
| ACCOUNT NO.    **-9720**<br><br>**PBK Bank, Inc.**<br>**PO Box 366**<br>**Stanford, KY 40484**<br><br><br>**PBK Bank, Inc.**<br>**c/o Jonathan L. Gay, Esq.**<br>**Walther Roark & Gay**<br>**PO Box 1598**<br>**Lexington, KY 40588** | X | | **Personal Guarantor of Corporate Debt** | | | | 2,144,920.83 |
| ACCOUNT NO.    **0200; 2000**<br><br>**Peoples Bank & Trust Co.**<br>**403 North Cross Street**<br>**Albany, KY 42602** | | | **Personal Guarantor of Corporate Debt** | | | | 120,751.50 |

Sheet no. _25_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **2,278,072.33**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
_____
                            **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peoples Exchange Bank<br>PO Box 4040<br>Winchester, KY 40392 | | | Personal Guarantor of Corporate Debt | | | | 70,569.00 |
| ACCOUNT NO.<br><br>Perfect Presentations, Inc.<br>4008 Brookwater Court<br>Lexington, KY 40515 | | | lawsuit - corporate debt | | | | 0.00 |
| ACCOUNT NO.<br><br>Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285 | | | Potential personal liability of Rednour Properties | | | | 120.00 |
| ACCOUNT NO.<br><br>Pooler Painting & Cleaning<br>1127 W. Lexington<br>Winchester, KY 40392-0672 | | | Potential personal liability of Rednour Properties | | | | 60.00 |
| ACCOUNT NO.<br><br>Potter & Company<br>301 E. Main Street, Suite 1100<br>Lexington, KY 40507 | | | Potential personal liability of Rednour Properties | | | | 27,000.00 |

Sheet no. __26__ of __36__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **97,749.00**

Total ➢ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                      Case No. _____
                                              **Debtor**                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pro-Build**<br>**PO Box 11771**<br>**Lexington, KY 40577** | | | **Potential personal liability of Rednour Properties** | | | | **40,000.00** |
| ACCOUNT NO.<br><br>**Protek Security & Fire Systems**<br>**PO Box 308**<br>**Stanton, KY 40380** | | | **Potential personal liability of Rednour Properties** | | | | **105,000.00** |
| ACCOUNT NO.<br><br>**Prudent Publishing**<br>**PO Box 360**<br>**Ridgefield Park, NJ 07660** | | | **Potential personal liability of Rednour Properties** | | | | **450.00** |
| ACCOUNT NO.<br><br>**R&G Investment Group, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |
| ACCOUNT NO.<br><br>**Red River Hardwood**<br>**588 Lofty Heights Road**<br>**Clay City, KY 40312** | | | **Potential personal liability of Rednour Properties** | | | | **22,000.00** |

Sheet no. __27__ of __36__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $      **167,460.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
                                   Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Rednour & Associates, Inc.**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |
| ACCOUNT NO.<br><br>**Rednour Blake, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |
| ACCOUNT NO.<br><br>**Rednour Enterprises, Inc.**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |
| ACCOUNT NO.<br><br>**Rednour Properties, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **20,000.00** |
| ACCOUNT NO.<br><br>**Rednour-Chris, LLC**<br>**4418 Main Street**<br>**Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | **10.00** |

Sheet no. _28_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **20,040.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Richard Ray Rednour, II**                                    Case No. _____
                         Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 10.00 |
| **Rednour-Edwards Real Estate, Inc.** **4418 Main Street** **Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | |
| ACCOUNT NO. | | | | | | | 10.00 |
| **Rednour-Graham, LLC** **4418 Main Street** **Clay City, KY 40312** | | | **Personal liability for monies borrowed from companies** | | | | |
| ACCOUNT NO. | | | | | | | 500.00 |
| **Republic Services** **451 Conway Court** **Lexington, KY 40511-1007** | | | **Potential personal liability of Rednour Properties** | | | | |
| ACCOUNT NO. | | | | | | | 5,000.00 |
| **Resident Data** **PO Box 730694** **Dallas, TX 75373-0694** | | | **Potential personal liability of Rednour Properties** | | | | |
| ACCOUNT NO. | | | | | | | 15,400.00 |
| **Rogers Windows** **500 Blue Sky Parkway** **Lexington, KY 40509** | | | **Potential personal liability of Rednour Properties** | | | | |

Sheet no. __29__ of __36__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **20,920.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Ray Rednour, II**                                              Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Roto Rooter**<br>**PO Box 910478**<br>**Lexington, KY 40591** | | | Potential personal liability of Rednour Properties | | | | 4,000.00 |
| ACCOUNT NO.<br>**Rumpke**<br>**10795 Hughes Road**<br>**Cincinnati, OH 45251** | | | Potential personal liability of Rednour Properties | | | | 2,000.00 |
| ACCOUNT NO.   **1199; 7164; 1612**<br>**Salt Lick Deposit Bank**<br>**PO Box 1150**<br>**Owingsville, KY 40360-1150**<br><br>**Salt Lick Deposit Bank**<br>**c/o Martin B. Tucker, Esq.**<br>**Frost Brown Todd**<br>**250 W. Main St., Ste 2800**<br>**Lexington, KY 40507** | X | | Personal Guarantor of Corporate Debt | | | | 1,538,183.20 |
| ACCOUNT NO.   **8408**<br>**Shell Fleet Card**<br>**PO Box 183019**<br>**Columbus, OH 43218-3019** | | | Potential personal liability of Rednour Properties | | | | 4,000.00 |

Sheet no. _30_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $         1,548,183.20

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                   Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 6,070.97 |
| Sherwin-Williams Co. 1301 Winchester Road #341 Lexington, KY 40505 | | | Potential personal liability of Rednour Properties | | | | |
| ACCOUNT NO. | | | | | | | 700.00 |
| Signs Now 365 Southland Drive Lexington, KY 40503 | | | Potential personal liability of Rednour Properties | | | | |
| ACCOUNT NO. | | | | | | | 20,000.00 |
| Southern Tax Services, LLC 100 S. Main Street Nicholasville, KY 40356 | | | Potential personal liability for business debt | | | | |
| ACCOUNT NO. | | | | | | | 90,000.00 |
| Spangler Roof Services c/o Charles Spangler, Jr. 677 Leslie Court Lexington, KY 40505 | | | lawsuit - corporate debt | | | | |
| ACCOUNT NO. | | | | | | | 8,349.62 |
| Stock Building Supply 150 Hunter Station Sellersburg, IN 47172 | | | Potential personal liability of Rednour Properties | | | | |

Sheet no. __31__ of __36__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                125,120.59

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II** _____    Case No. _____
                                    Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Sword Floyd & Moody, PLLC** <br> **218 W. Main Street** <br> **Richmond, KY 40475** | | | **Probable personal liability for corporate debt for attorneys fees** | | | | 250.00 |
| ACCOUNT NO. <br><br> **Tax Ease Lien Servicing, LLC** <br> **14901 Wuorum Drive, Suite 900** <br> **Dallas, TX 75254** | | | **business debt** | | | | 15,000.00 |
| ACCOUNT NO. <br><br> **Teasley's Heating & Air Conditioning** <br> **PO Box 54404** <br> **Lexington, KY 40555** | | | **Potential personal liability of Rednour Properties** | | | | 27,500.00 |
| ACCOUNT NO. <br><br> **Teddy J. Faust, Jr.** <br> **Baldwin County Tax** <br> **PO Box 1549** <br> **Bay Minette, AL 36507-1549** | | | **Personal Guarantor of Corporate Debt** | | | | 74.48 |
| ACCOUNT NO. <br><br> **Theresa Malpass** <br> **303 James Crowe Hollow Road** <br> **Stanton, KY 40380** | | | **lawsuit - corporate debt** | | | | 0.00 |

Sheet no. _32_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

        Subtotal  ➤  $ | **42,824.48**

        Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Ray Rednour, II**                              Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Tom Allen** <br>**PO Box 22604** <br>**Lexington, KY 40522-2604** | | | **Personal Guarantor of Corporate Debt** | | | | 1,000.00 |
| ACCOUNT NO. <br><br>**Tom Davis** <br>**PO Box 676** <br>**Stanton, KY 40380** | | | **Personal Guarantor of Corporate Debt** | | | | 109,464.18 |
| ACCOUNT NO. <br><br>**Travelers Flood** <br>**PO Box 29103** <br>**Shawnee Mission, KS 66201-1403** | | | **Potential personal liability of Rednour Properties** | | | | 2,500.00 |
| ACCOUNT NO. <br><br>**Trent's Roofing** <br>**1075 Maple Street** <br>**Stanton, KY 40380** | | | **Potential personal liability of Rednour Properties** | | | | 2,000.00 |
| ACCOUNT NO. <br><br>**Triple Crown Investments, LLC** <br>**331 East College Avenue** <br>**Stanton, KY 40380** | | | **Personal liability for monies borrowed from companies** | | | | 10.00 |

Sheet no. __33__ of __36__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $           114,974.18

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
                                    **Debtor**                                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**True Value**<br>**321 East College Avenue**<br>**Stanton, KY 40380** | | | **Potential personal liability of Rednour Properties** | | | | **15.06** |
| ACCOUNT NO.<br><br>**Ultra Chem, Inc.**<br>**PO Box 3717**<br>**Shawnee Mission, KS 66203-0827** | | | **Potential personal liability of Rednour Properties** | | | | **600.00** |
| ACCOUNT NO.<br><br>**United Building Centers #893 Pro-Build**<br>**PO Box 11771**<br>**Lexington, KY 40577** | | | **Mechanics Lien** | | | | **30,646.45** |
| ACCOUNT NO.<br><br>**Universal AdComm**<br>**2921 Avenue E East**<br>**Arlington, TX 76011** | | | **Potential personal liability of Rednour Properties** | | | | **500.00** |
| ACCOUNT NO.<br><br>**University of Kentucky Athletics Assoc.**<br>**Room A-113, Joe Craft Center**<br>**Lexington, KY 40506** | | | **Personal Guarantor of Corporate Debt** | | | | **800.00** |

Sheet no. __34__ of __36__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ➢   $   **32,561.51**

Total   ➢   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Richard Ray Rednour, II**                                    Case No. _____
                            Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Whitaker Bank**<br>**PO Box 10**<br>**Stanton, KY 40380**<br><br>**Whitaker Bank**<br>**c/o Leah Hawkins, Esq.**<br>**29 S. Maysville**<br>**Mt. Sterling, KY 40353** | X | | **Personal Guarantor of Corporate Debt** | | | | **2,515,244.33** |
| ACCOUNT NO.  **2381**<br><br>**Winchester Federal Bank**<br>**57 S. Main Street**<br>**Winchester, KY 40391-2601** | | | **Personal Guarantor of Corporate Debt** | | | | **7,185.12** |
| ACCOUNT NO.<br><br>**Winchester Municipal**<br>**150 North Main Street**<br>**Winchester, KY 40392-4177** | | | **Potential personal liability of Rednour Properties** | | | | **3,000.00** |
| ACCOUNT NO.  **2881**<br><br>**Xerox Corporation**<br>**PO Box 802555**<br>**Chicago, IL 60680-2555** | | | **Potential personal liability of Rednour Properties** | | | | **900.00** |

Sheet no. 35 of 36 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **2,526,329.45**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Richard Ray Rednour, II**                                    Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**XM Radio**<br>**PO Box 33174**<br>**Detroit, MI 48232-5280** | | | **Personal Guarantor of Corporate Debt** | | | | 50.00 |
| ACCOUNT NO.<br><br>**Yellow Book USA**<br>**6300 C Street SW**<br>**Cedar Rapids, IA 52404** | | | **Potential personal liability of Rednour Properties** | | | | 1,500.00 |
| ACCOUNT NO.<br><br>**Yellow Pages**<br>**PO Box 60007**<br>**Anaheim, CA 92812** | | | **Potential personal liability of Rednour Properties** | | | | 200.00 |

Sheet no. _36_ of _36_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    1,750.00

Total  ➢  $            25,246,002.91

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Richard Ray Rednour, II**                                          ,        Case No. _____
                                    **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **BMW Financial Services**<br>**PO Box 9001065**<br>**Louisville, KY 40290-1065** | **2007 BMW X3 in ex-wife's possession** |
| **Littrell Holdings, Inc.**<br>**272 Redwing Drive**<br>**Winchester, KY 40391** | **Lease Agreement on commercial retail space in Winchester, KY at 872 Bypass Road.  Leased for two years at $950/mo. in August/September 2009.** |
| **Marlin Leasing**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054-1201** | **lease on copy machine** |
| **Nissan Motor Credit**<br>**PO Box 0548**<br>**Carol Stream, IL 60132-0548** | **2007 Nissan 350Z in ex-wife's possession** |
| **Protek Security & Fire Systems, Inc.**<br>**534 North Main Street**<br>**Stanton, KY 40380** | **security contract for properties** |

B6H (Official Form 6H) (12/07)

In re: **Richard Ray Rednour, II**                          Case No. _____
_____.                                      **(If known)**
                    **Debtor**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeffrey Edwards**<br>**PO Box 125**<br>**Monticello, KY 42633**<br><br>**Scott Graham**<br>**331 E. College Avenue**<br>**PO Box 637**<br>**Stanton, KY 40380** | **Citizens Bank**<br>**PO Box 127**<br>**Broadhead, KY 40409** |
| **Jeffrey Edwards**<br>**PO Box 125**<br>**Monticello, KY 42633**<br><br>**Scott Graham**<br>**331 E. College Avenue**<br>**Stanton, KY 40380** | **Community Trust Bank, Inc.**<br>**84100 Loan Admin**<br>**Pikeville, KY 41502-2947** |
| **Jeffrey Edwards**<br>**PO Box 125**<br>**Monticello, KY 42633**<br><br>**Scott Graham**<br>**331 E. College Avenue**<br>**PO Box 637**<br>**Stanton, KY 40380** | **Cumberland Valley Nat'l Bank**<br>**PO Box 709**<br>**London, KY 40743** |
| **Jeffrey Edwards**<br>**PO Box 125**<br>**Monticello, KY 42633**<br><br>**Scott Graham**<br>**331 E. College Avenue**<br>**PO Box 637**<br>**Stanton, KY 40380** | **Forcht Bank**<br>**PO Box 55250**<br>**Lexington, KY 40555** |
| **Jeffrey Edwards**<br>**PO Box 125**<br>**Monticello, KY 42633**<br><br>**Scott Graham**<br>**331 E. College Avenue**<br>**PO Box 637**<br>**Stanton, KY 40380** | **Keybank/Midland Capital**<br>**911 Main Street, Suite 1500**<br>**Kansas City, MO 64105** |
| **Jeffrey Edwards**<br>**PO Box 125**<br>**Monticello, KY 42633**<br><br>**Scott Graham**<br>**331 E. College Avenue**<br>**PO Box 637**<br>**Stanton, KY 40380** | **PBK Bank, Inc.**<br>**PO Box 366**<br>**Stanford, KY 40484** |

**B6H (Official Form 6H) (12/07) -Cont.**

In re: **Richard Ray Rednour, II** _____ .    Case No. _____
                                  **Debtor**                                                              **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeffrey Edwards**<br>**PO Box 125**<br>**Monticello, KY 42633**<br><br>**Scott Graham**<br>**331 E. College Avenue**<br>**PO Box 637**<br>**Stanton, KY 40380** | **Salt Lick Deposit Bank**<br>**PO Box 1150**<br>**Owingsville, KY 40360-1150** |
| **Ben Davidson**<br>**c/o David G. Perdue, Esq.**<br>**PO Box 968**<br>**Winchester, KY 40391-2619**<br><br>**Jeffrey Edwards**<br>**PO Box 125**<br>**Monticello, KY 42633**<br><br>**Scott Graham**<br>**331 E. College Avenue**<br>**PO Box 637**<br>**Stanton, KY 40380** | **Whitaker Bank**<br>**PO Box 10**<br>**Stanton, KY 40380** |

B6I (Official Form 6I) (12/07)

In re **Richard Ray Rednour, II** _____    Case No. _____
                             **Debtor**                                          **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Business CEO** | |
| Name of Employer | **Rednour Properties, LLC** | |
| How long employed | **6 yrs (14 yrs total)** | |
| Address of Employer | **4418 Main Street**<br>**Clay City, Kentucky 40312** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ |
| 2. Estimate monthly overtime | $ | 0.00 | $ |
| 3. SUBTOTAL | $ | 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ |
|    b. Insurance | $ | 0.00 | $ |
|    c. Union dues | $ | 0.00 | $ |
|    d. Other (Specify) | $ | 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ |
| 8. Income from real property | $ | 0.00 | $ |
| 9. Interest and dividends | $ | 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ |
| 12. Pension or retirement income | $ | 0.00 | $ |
| 13. Other monthly income (Specify) | $ | 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

B6J (Official Form 6J) (12/07)

In re **Richard Ray Rednour, II**                                        ,                    Case No. _____
                                    **Debtor**                                                                              **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,500.00 |
| a. Are real estate taxes included?        Yes _____        No ✓ | | |
| b. Is property insurance included?        Yes _____        No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 460.00 |
| b. Water and sewer | $ | 30.00 |
| c. Telephone | $ | 150.00 |
| d. Other **Cable/Satelite** | $ | 90.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 220.00 |
| 8. Transportation (not including car payments) | $ | 775.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 198.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 105.00 |
| e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 775.00 |
| b. Other **Car Taxes/License** | $ | 35.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 9,620.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 15,633.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. Average monthly expenses from Line 18 above | $ | 15,633.00 |
| c. Monthly net income (a. minus b.) | $ | -15,633.00 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

## Eastern District of Kentucky

## Lexington Division

In re **Richard Ray Rednour, II**_____,      Case No. _____

                                            Debtor

                                                        Chapter   **7**  _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    465,000.00 | | |
| B - Personal Property | YES | 3 | $    100,068.21 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $    1,272,384.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $    928,556.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 37 | | $    25,246,002.91 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $    15,633.00 |
| TOTAL | | 56 | $    565,068.21 | $    27,446,943.81 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Richard Ray Rednour, II** _____      Case No. _____

_____**Debtor**_____                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**58**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **3/1/2010** _____          Signature:  **s/ Richard Ray Rednour, II** _____

                                                                            **Richard Ray Rednour, II**

                                                                                          Debtor

                                                    [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky
### Lexington Division

In re  **Richard Ray Rednour, II** _____    Case No. _____

                                   Debtor                              Chapter    **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  **928,556.32** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  **0.00** |
| Student Loan Obligations (from Schedule F) | $  **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  **0.00** |
| TOTAL | $  **928,556.32** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  **0.00** |
| Average Expenses (from Schedule J, Line 18) | $  **15,633.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  **0.00** |

**United States Bankruptcy Court**
**Eastern District of Kentucky**
**Lexington Division**

In re   **Richard Ray Rednour, II**                                    Case No. _____

                          Debtor                              Chapter   __7__

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  382,778.82 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  928,556.32 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  0.00 |
| 4. Total from Schedule F | | $  25,246,002.91 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  25,628,781.73 |

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Kentucky**
**Lexington Division**

In re:  **Richard Ray Rednour, II**                                            ,          Case No. _____

Debtor                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None

☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 186,000.00 | Tax Return | 2007 |
| -680,000.00 | Estimate | 2008 |
| -250,000.00 | Estimate | 2009 |

## 2.  Income other than from employment or operation of business

None

☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None

☑   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**See Attached List**

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

**See Attached List**

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**See Attached List**

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**10. Other transfers**

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☐    debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
      (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Cherish Rednour**<br>**428 Tremont Drive**<br>**Winchester, KY 40391**<br>    **Ex-wife** | | **March, 2009; 3 bedroom, 2.5 bath home on city lot located at 428 Tremont Drive, Winchester, KY 40391.  2008 BMW X3  $28,300 (liened) and 2005 Nissan 350Z Roadster $18,475 (liened) - see Schedule G.  Per Amended Divorce Agreement, no money changed hands.** |
| **Cherish Rednour**<br>**428 Tremont Drive**<br>**Winchester, KY 40391**<br>    **Ex-Wife** | | **January, 2009; 3 bedroom, 2 bath home on 10 acres located at 220 Lake Neomia, Clay City, Kentucky 40312. Per Amended Divorce Agreement, no money changed hands.** |
| **Rednour Properties, LLC**<br>**4418 Main Street**<br>**Clay City, Kentucky 40312** | **05/07/2008** | **2000 Ford Crown Victoria.  No money changed hands. Transferred title for this vehicle from Ritchie Rednour personally to the company Rednour Properties, LLC.** |
| **unknown**<br>**Atlanta, GA** | | **December 2009. 2007 Mazda Miata Coupe.  Sold car for $12,000 which was approximately $2,300 under payoff value on the loan for the vehicle which was financed through Central Bank.  Paid approximately $14,300 to payoff and clear title.** |

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑    self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **American Funds**<br>**PO Box 6007**<br>**Indianapolis, IN 46206-6007** | **The Growth Fund of America, Account -1669; $32.23** | **November 2008** |
| | **The Investment Company of America, Account -1669; $32.04** | |
| **Scottrade, Inc.**<br>**PO Box 31759**<br>**St. Louis, MO 63131-0759** | **online stock trade, Account -8090; $14.85** | **October 2009** |

## 12. Safe deposit boxes

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Roger Burkes**<br>**4316 Highway 789**<br>**Monticello, KY 42633** | **Property consists of two single family homes and approximately 10 acres of farm land. The property is divided into two tracts of approximately 5 acres each with one single family home located on each tract. Maudie Burkes is the life beneficiary, then to Roger Burkes at the latter's death, the Debtor would be the recipient of second tract.  Each tract is worth and estimated $25,000 maximum probably less.** | **4316 Highway 789**<br>**Monticello, KY 42633** |

## 15. Prior address of debtor

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the
debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Clay City, KY 40312** | **220 Lake Neomia Drive** | **2003-2004** |
| **Clay City, KY 40312** | **4418 Main Street** | **2005-2010** |

## 16. Spouses and Former Spouses

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐    and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
     executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
     other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
     or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
     preceding the commencement of this case.

     *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
     and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
     the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

     *If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
     beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
     equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

**See Attached List**

None  b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑    U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

## 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
☑    or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
☑    the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
☑    and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☑    financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

## 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
☑    taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

## 22. Former partners, officers, directors and shareholders

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| **Benjamin B. Davidson** | **c/o David G. Perdue** | |
| | **PO Box 968** | |
| | **Winchester, KY 40391-2619** | |

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | AND VALUE OF PROPERTY |

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date **3/1/2010**

Signature
of Debtor **s/ Richard Ray Rednour, II**

**Richard Ray Rednour, II**

# STATEMENT OF FINANCIAL AFFAIRS

## NO. 3b

### Payments to Insiders Descriptions

### Cherish Rednour, Ex-Wife

There are two outstanding issues in this arrangement. The divorce decree and modified divorce decree and a personal loan from Cherish Rednour to Ritchie Rednour. They are described below.

### Loan

Cherish Rednour loaned Ritchie Rednour $45,000 for business purposes in the 1st Quarter of 2009. Ritchie agreed to pay back the $45,000 loan plus $10,000 in interest within three months of the loan. On June 1st, 2009 Ritchie paid to Cherish $25,000 towards principal on the loan. There were payments of $5,000 on July 1st, 2009 and August 28th, 2009 which paid the interest amount on their original agreement. Cherish then loaned back to Ritchie, in the second quarter, $25,000 with the same agreement that he would pay back the new total of $45,000 with an additional interest payment of $10,000. In November of 2009, Ritchie removed all funds from his investment account with Scottrade and transferred them to Cherish in the amount of $10,000 which settle the interest payment on the second loan and left the loan balance at $45,000.

On October 1st, 2009 Cherish requested $2920.67 to cover some expenses that she had. As she has been more than willing to work with Ritchie's failures in meeting the terms of the divorce decree he was more than willing to give her this money as he did on October 1, 2009.

### Maintenance

Per the divorce decree signed by Ritchie Rednour and Cherish Rednour there are requirements of Ritchie to Cherish including automobiles, house and maintenance payment. Ritchie is required to pay all expenses for the 2007 BMW X3 currently in the possession of Cherish, including debt service and insurance. Once the vehicle is paid off the car must be titled back to Cherish clear of any liens.

Ritchie was also required to completely pay for her residence at 428 Tremont Drive, Winchester, KY, 40391 on or before July 15th, 2009. As of that date the liens on that house had not been satisfied. The decree holds as penalty for that an increased amount of maintenance and a shortened time period.

Original maintenance payments where to be $2000.00 per month for four years post decree, ending on September 1st, 2010. After a modification of the agreement the maintenance payments increased to $3000.00 per month thru September 1st, 2010 and then $2000.00 per month for seven years ending September 1st, 2017. Once the payoff date of July 15th, 2009 was missed on the residence the maintenance agreement changed completely requiring Ritchie to pay $20,000.00 per month for twelve months and $10,000.00 per month for six months after that beginning September 1st, 2009.

This makes the total maintenance due $300,000 of which Ritchie has paid $18,000.00, leaving the total maintenance due $282,000.00. Adding in the loan amount due that makes her total debt $327,000.00.

One other note. Ritchie has made an additional $500.00 payment on the maintenance each month as an agreement between he and Cherish due to his breach of the divorce decree by not paying off a jointly held piece of real property located at 220 Lake Neomia Drive, Clay City, KY, 40312 which was required to be paid off on or before December 1st, 2007 and has not been. She has agreed to extend his time on this debt for an additional $500 payment per month as well as transferring that piece of property into her name with the debt on the property still in Ritchie's name with Ritchie making debt service payments.

Also held in the modified divorce decree is the maintenance and payment for the 2007 BMW X3, which replaced the 2005 BMW. Ritchie is still responsible for the full payment of the loan on this vehicle. He and Cherish also have an arrangement pertaining to the Ford Mustang mentioned in the original divorce decree. The Mustang was traded in on a 2007 Nissan 350Z and Ritchie is now responsible for maintaining all payments on this vehicle as well in lieu of the 2005 Mustang.

## B. Scott Graham

The three payments to Mr. Graham are payments for legal services rendered to Rednour Properties, LLC, Ritchie Rednour or any of the other Rednour Entities. Mr. Rednour also owes Mr. Graham for a personal loan in the amount of $150,000 as well as accrued legal fees in the amount of $10,000. Mr. Graham is a partner with Ritchie in Triple Crown Investment Group, LLC.

## Chris Pace, Business Partner

Chris Pace is an attorney and is paid weekly via Rednour Properties, LLC payroll to be on retainer for miscellaneous legal needs such as forcible detainer actions and other small claims matters. Mr. Pace has also given a personal loan with a current outstanding balance of $200,000. There have been multiple interest only payments on this loan as shown on the payee listing. Mr. Pace is a business partner with Ritchie in Rednour-Chris, LLC, a real estate investment venture.

## Ritchie R. Rednour, Sr., Father

Ritchie Rednour Sr. has been in the last year a contract employee of Rednour Properties, LLC. He has been paid the amounts shown for labor he has provided us. Like Mr. McClane these have been cash payments and not reported to Payroll Company or to the IRS.

## Jessica Rednour, Sister

Jessica Rednour has been and continues to be a full time employee of Rednour Properties, LLC and has been paid in the normal payroll weekly since her hiring in November of 2009

## Jeffrey Edwards, Business Partner

Jeffery Edwards acts as Principal Broker for Rednour & Associates, INC and is paid on the regular weekly payroll for Rednour Properties, LLC. Mr. Edwards is a business partner with Ritchie in Triple Crown Investment Group, LLC with Scott Graham listed above.

**Payments to Family Members and Business Partners 12 Months**

| Name | Address | City/State/Zip | Date | Amount | Balance |
|---|---|---|---|---|---|
| Cherish Rednour | 428 Tremont Street | Winchester, KY  40391 | 1/5/09 | $  3,500.00 | Maintenance |
| Ex-Wife | | | 2/2/09 | $  3,500.00 | Maintenance |
| | | | 2/27/09 | $  3,500.00 | Maintenance |
| | | | 4/2/09 | $  3,500.00 | Maintenance |
| | | | 4/2/09 | $    500.00 | Maintenance |
| | | | 6/1/09 | $  3,500.00 | Maintenance |
| | | | 6/1/09 | $    500.00 | Maintenance |
| | | | 6/1/09 | $ 20,000.00 | Loan Payment |
| | | | 6/1/09 | $  5,000.00 | Loan Payment |
| | | | 7/1/09 | $  3,500.00 | Maintenance |
| | | | 7/1/09 | $  5,000.00 | Interest Payment |
| | | | 7/31/09 | $  2,000.00 | Maintenance |
| | | | 7/31/09 | $  3,500.00 | Maintenance |
| | | | 8/28/09 | $  5,000.00 | Interest Payment |
| | | | 8/28/09 | $  3,500.00 | Maintenance |
| | | | 10/1/09 | $  3,500.00 | Maintenance |
| | | | 10/1/09 | $  2,920.67 | Reimbursement |
| | | | 10/30/09 | $  3,500.00 | Maintenance |
| | | | 12/1/09 | $  3,500.00 | Maintenance |
| | | | 1/4/10 | $  3,500.00 | Maintenance |
| | | | Total | $ 79,420.67 | $     327,000.00 |

| Name | Address | City/State/Zip | Date | Amount | Balance |
|---|---|---|---|---|---|
| B. Scott Graham | PO Box 637 | Stanton, KY 40380 | 1/23/09 | $  3,000.00 | |
| Business Partner | | | 5/29/09 | $  2,903.87 | |
| | | | 10/1/09 | $    500.00 | |
| | | | Total | $  6,403.87 | $     160,000.00 |

| Name | Address | City/State/Zip | Date | Amount | Balance |
|---|---|---|---|---|---|
| Chris Pace | 432 Country Club Drive | Winchester, KY  40391 | 01/02/09 | $  2,000.00 | Loan Payment |
| Business Partner/Employee | | | 01/09/09 | $    311.22 | Payroll |
| | | | 01/15/09 | $  1,230.42 | Loan Payment |
| | | | 01/16/09 | $    311.86 | Payroll |
| | | | 01/22/09 | $    311.85 | Payroll |
| | | | 01/29/09 | $    311.86 | Payroll |
| | | | 01/30/09 | $  1,000.00 | Loan Payment |
| | | | 02/05/09 | $    311.86 | Payroll |
| | | | 02/06/09 | $    500.00 | Loan Payment |
| | | | 02/13/09 | $    311.86 | Payroll |
| | | | 02/20/09 | $    311.86 | Payroll |
| | | | 02/20/09 | $  1,230.42 | Loan Payment |
| | | | 02/27/09 | $    311.86 | Payroll |
| | | | 02/27/09 | $    500.00 | Loan Payment |
| | | | 03/06/09 | $    311.85 | Payroll |
| | | | 03/13/09 | $    311.85 | Payroll |
| | | | 03/20/09 | $    320.57 | Payroll |
| | | | 03/27/09 | $    320.56 | Payroll |
| | | | 04/03/09 | $    320.56 | Payroll |
| | | | 04/10/09 | $    320.56 | Payroll |
| | | | 04/20/09 | $    320.57 | Payroll |
| | | | 04/26/09 | $    320.56 | Payroll |
| | | | 05/04/09 | $    320.56 | Payroll |
| | | | 05/11/09 | $    320.56 | Payroll |
| | | | 05/18/09 | $    320.56 | Payroll |
| | | | 05/26/09 | $    320.56 | Payroll |
| | | | 06/01/09 | $    320.56 | Payroll |
| | | | 06/01/09 | $  1,230.42 | Loan Payment |
| | | | 06/08/09 | $    320.56 | Payroll |
| | | | 06/12/09 | $    320.56 | Payroll |
| | | | 06/22/09 | $    320.56 | Payroll |
| | | | 06/29/09 | $    320.56 | Payroll |
| | | | 07/06/09 | $    320.56 | Payroll |
| | | | 07/13/09 | $  1,230.42 | Loan Payment |
| | | | 07/13/09 | $    320.56 | Payroll |
| | | | 07/20/09 | $    320.56 | Payroll |
| | | | 07/27/09 | $    320.56 | Payroll |
| | | | 08/03/09 | $    320.56 | Payroll |
| | | | 08/10/09 | $    320.56 | Payroll |
| | | | 08/17/09 | $    320.56 | Payroll |
| | | | 08/24/09 | $    320.56 | Payroll |
| | | | 08/31/09 | $    320.56 | Payroll |
| | | | 09/08/09 | $    320.56 | Payroll |

| | | | 09/10/09 | $ 1,230.42 | Loan Payment |
|---|---|---|---|---|---|
| | | | 09/14/09 | $ 320.56 | Payroll |
| | | | 09/21/09 | $ 320.56 | Payroll |
| | | | 09/28/09 | $ 320.56 | Payroll |
| | | | 10/05/09 | $ 320.56 | Payroll |
| | | | 10/09/09 | $ 320.56 | Payroll |
| | | | 10/16/09 | $ 320.56 | Payroll |
| | | | 10/26/09 | $ 320.56 | Payroll |
| | | | 11/02/09 | $ 320.56 | Payroll |
| | | | 11/06/09 | $ 320.56 | Payroll |
| | | | 11/06/09 | $ 1,230.42 | Loan Payment |
| | | | 11/13/09 | $ 320.56 | Payroll |
| | | | 11/23/09 | $ 320.56 | Payroll |
| | | | 11/30/09 | $ 320.56 | Payroll |
| | | | 12/04/09 | $ 320.56 | Payroll |
| | | | 12/11/09 | $ 320.56 | Payroll |
| | | | 12/17/09 | $ 320.56 | Payroll |
| | | | 12/28/09 | $ 320.56 | Payroll |
| | | | 01/04/10 | $ 320.56 | Payroll |
| | | | 01/11/10 | $ 320.56 | Payroll |
| | | | Total | $ 28,284.55 | $ 200,000.00 |

| Jessica Rednour | 79 Deer Park Drive | Clay City, KY  40312 | 11/20/09 | $ 362.43 | Payroll |
|---|---|---|---|---|---|
| Sister/Employee | | | 11/30/09 | $ 362.43 | Payroll |
| | | | 12/4/09 | $ 362.43 | Payroll |
| | | | 12/14/09 | $ 362.43 | Payroll |
| | | | 12/17/09 | $ 362.43 | Payroll |
| | | | 12/22/09 | $ 100.00 | Payroll |
| | | | 12/28/09 | $ 362.43 | Payroll |
| | | | 1/11/10 | $ 340.28 | Payroll |
| | | | 1/12/10 | $ 366.00 | Payroll |
| | | | 1/14/10 | $ 84.77 | Payroll |
| | | | 1/18/10 | $ 360.28 | Payroll |
| | | | Total | $ 3,425.91 | $ - |

| Ritchie R. Rednour, Sr. | 1973 McFall Road | Albany, KY  42602 | 2/13/09 | $ 1,000.00 | Payroll |
|---|---|---|---|---|---|
| Father/Employee | | | 4/3/09 | $ 57.25 | Payroll |
| | | | 6/9/09 | $ 1,000.00 | Payroll |
| | | | 10/8/09 | $ 300.00 | Payroll |
| | | | 10/16/09 | $ 400.00 | Payroll |
| | | | 10/26/09 | $ 400.00 | Payroll |
| | | | 11/2/09 | $ 400.00 | Payroll |
| | | | 11/6/09 | $ 400.00 | Payroll |
| | | | 11/13/09 | $ 300.00 | Payroll |
| | | | 11/23/09 | $ 400.00 | Payroll |
| | | | 11/30/09 | $ 400.00 | Payroll |
| | | | 12/4/09 | $ 400.00 | Payroll |
| | | | 12/14/09 | $ 400.00 | Payroll |
| | | | 12/17/09 | $ 400.00 | Payroll |
| | | | Total | $ 6,257.25 | $ - |

| Jeffrey Edwards | P.O. Box 125 | Monticello, KY 42633 | 01/09/09 | $ 485.32 | Payroll |
|---|---|---|---|---|---|
| Business Partner | | | 01/16/09 | $ 520.34 | Payroll |
| | | | 01/21/09 | $ 300.00 | Reimbursement |
| | | | 01/22/09 | $ 507.52 | Payroll |
| | | | 01/29/09 | $ 507.52 | Payroll |
| | | | 02/05/09 | $ 507.52 | Payroll |
| | | | 02/13/09 | $ 507.52 | Payroll |
| | | | 02/20/09 | $ 507.52 | Payroll |
| | | | 02/27/09 | $ 507.52 | Payroll |
| | | | 03/06/09 | $ 507.52 | Payroll |
| | | | 03/13/09 | $ 507.52 | Payroll |
| | | | 03/20/09 | $ 516.23 | Payroll |
| | | | 03/27/09 | $ 516.23 | Payroll |
| | | | 04/03/09 | $ 516.23 | Payroll |
| | | | 04/10/09 | $ 516.23 | Payroll |
| | | | 04/20/09 | $ 516.23 | Payroll |
| | | | 04/26/09 | $ 516.23 | Payroll |
| | | | 05/04/09 | $ 516.23 | Payroll |
| | | | 05/11/09 | $ 516.23 | Payroll |
| | | | 05/18/09 | $ 516.23 | Payroll |
| | | | 05/18/09 | $ 337.47 | Payroll |

| | | |
|---|---|---|
| 05/26/09 | $ 516.23 | Payroll |
| 05/26/09 | $ 79.99 | Reimbursement |
| 06/01/09 | $ 516.23 | Payroll |
| 06/07/09 | $ 74.17 | Reimbursement |
| 06/08/09 | $ 516.23 | Payroll |
| 06/12/09 | $ 516.23 | Payroll |
| 06/15/09 | $ 300.00 | Reimbursement |
| 06/22/09 | $ 516.23 | Payroll |
| 06/29/09 | $ 516.23 | Payroll |
| 07/01/09 | $ 184.71 | Reimbursement |
| 07/06/09 | $ 516.23 | Payroll |
| 07/13/09 | $ 516.23 | Payroll |
| 07/20/09 | $ 516.23 | Payroll |
| 07/27/09 | $ 516.33 | Payroll |
| 08/03/09 | $ 516.32 | Payroll |
| 08/10/09 | $ 516.23 | Payroll |
| 08/14/09 | $ 375.00 | Reimbursement |
| 08/17/09 | $ 516.23 | Payroll |
| 08/24/09 | $ 516.23 | Payroll |
| 08/31/09 | $ 516.23 | Payroll |
| 09/08/09 | $ 516.23 | Payroll |
| 09/14/09 | $ 516.23 | Payroll |
| 09/21/09 | $ 516.23 | Payroll |
| 09/28/09 | $ 516.23 | Payroll |
| 09/28/09 | $ 309.49 | Reimbursement |
| 10/05/09 | $ 516.23 | Payroll |
| 10/09/09 | $ 516.23 | Payroll |
| 10/16/09 | $ 516.23 | Payroll |
| 10/26/09 | $ 516.23 | Payroll |
| 10/27/09 | $ 140.00 | Reimbursement |
| 11/02/09 | $ 516.23 | Payroll |
| 11/06/09 | $ 516.23 | Payroll |
| 11/13/09 | $ 516.23 | Payroll |
| 11/16/09 | $ 500.00 | Commision |
| 11/23/09 | $ 516.23 | Payroll |
| 11/30/09 | $ 516.23 | Payroll |
| 12/04/09 | $ 516.23 | Payroll |
| 12/08/09 | $ 54.00 | Reimbursement |
| 12/14/09 | $ 516.23 | Payroll |
| 12/17/09 | $ 516.23 | Payroll |
| 12/28/09 | $ 516.23 | Payroll |
| 12/31/09 | $ 1,200.00 | Commision |
| 12/31/09 | $ 200.00 | Commision |
| 01/04/10 | $ 514.09 | Payroll |
| 01/14/10 | $ 514.09 | Payroll |
| 01/18/10 | $ 514.09 | Payroll |
| Total | $ 31,828.54 | $ - |

## STATEMENT OF FINANCIAL AFFAIRS
### NO. 4a

| PLAINTIFF | DEFENDANT | CASE # | COUNTY | JUDGMENT | AMOUNT |
|---|---|---|---|---|---|
| Spangler Roof Services | Rednour Properties, LLC<br>Rednour Blake, LLC<br>Richard R. Rednour, II<br>250 Oxford Drive, LLC | 08-CI-00373 | Clark | Yes | $ 90,000.00 |
| Davidson & Oeltgen, PLLC | Rednour Properties, LLC<br>Rednour Blake, LLC<br>Richard R. Rednour, II<br>250 Oxford Drive, LLC | 08-CI-00373 | Clark | Yes | $ 20,000.00 |
| Coin Mach Corporation | Rednour Properties, LLC<br>Mac-Gray Services, INC<br>R&G Investment Group, LLC<br>Ritchie Ray Rednour, II<br>Donna Seaborn<br>Rednour Blake, LLC<br>250 Oxford Drive, LLC<br>1749 Liberty Road, LLC | 08-CI-6384 | Fayette | No | |
| Jetz Laundry Systems, INC | Rednour Properties, LLC<br>Ritchie R. Rednour, II | 08-CI-08219 | Jefferson | No | |
| PBK Bank, INC | Rednour Blake, LLC<br>Rednour Properties, LLC<br>Richard R. Rednour, II<br>192 Wabash Avenue, LLC<br>543 Maple Street, LLC<br>11 Hughes Avenue, LLC<br>250 Oxford Drive, LLC<br>Citizens Bank<br>Cumberland Valley Nat. Bank<br>DMC Construction Company<br>Davidson & Oeltgen, PLLC | 09-CI-6381 | Fayette | No | |

First Capital Bank of KY
Commonwealth of Kentucky
Finance and Admin Cabinet
Department of Revenue
Spangler Roof Services, LLC
Whitaker Bank, INC
Fayette County
LFUCG
Kentucky Tax Lien Fund, LLC

| | | | | |
|---|---|---|---|---|
| First State Financial, INC | Rednour Blake, LLC<br>Richard Ray Rednour, II<br>1749 Liberty Road, LLC<br>Forcht Bank, NA<br>Rednour Properties, LLC<br>Kentucky Tax Lien Fund, LLC<br>Davidson & Oeltgen, PLLC<br>Spangler Roof Services, LLC<br>The Sherwin Williams Company | 09-CI-6117 | Fayette | No |
| DMC Construction, INC | Rednour Blake, LLC<br>Richard R. Rednour, II<br>Whitaker Bank, INC<br>City of Clay City, Kentucky<br>Community Trust Bank, INC<br>City of Stanton, Kentucky<br>Powell County, Kentucky<br>Spangler Roof Services, LLC<br>Davidson & Oeltgen, PLLC | 09-CI-248 | Powell | No |
| Benthall Brothers, INC | Rednour Properties, LLC | 09-CI-6609 | Fayette | No |
| Bayview Loan Servicing, LLC | R & G Investment Group, LLC<br>Richard R. Rednour, II<br>Bayview Loan Servicing, LLC<br>Unknown Occupants<br>County of Powell | 09-CI-00136 | Powell | No |

| | | | | | |
|---|---|---|---|---|---|
| Bayview Loan Servicing, LLC | Ritchie R. Rednour, II<br>Rednour Properties, LLC<br>Whitaker Bank, INC<br>Davidson & Oeltgen, PLLC<br>Spangler Roof Services, LLC<br>First National Bank of Lexington<br>Commonweatlh of Kentucky | 09-CI-00354 | Powell | No | |
| Bayview Loan Servicing, LLC | Rednour Properties, LLC<br>Ritchie R. Rednour, II<br>Ky Dept of Revenue<br>Bayview Loan Servicing, LLC<br>County of Powell<br>Unknown Occupants | 09-CI- | Powell | No | |
| 260 Oxford Drive Apartments REO, LLC | 250 Oxford Drive, LLC<br>Rednour Blake, LLC<br>Richard R. Rednour, II<br>PBI Bank, INC<br>City of Winchester Kentucky<br>First State Financial, INC | 10-CI-00032 | Clark | No | |
| Brock-McVey Company, INC | Rednour Properties, LLC<br>Melinda Nolan, Individually | 09-C-8499 | Fayette | No | Settled |
| Humble Plumbing Company | Rednour Properties, LLC | 09-CI-00370 | Clark | No | Settled |
| Kentucky Employers Mutual Insurance | Rednour Properties, LLC<br>Richard R. Rednour, II | | Fayette | No | Agreed Order |
| Theresa Malpass | Rednour Properties, LLC<br>Richard R. Rednour, II | | Powell | No | |
| Perfect Presentations, INC | Rednour Properties, LLC | | Fayette | No | Agreed Order |
| Gulf Shores Plantation Condo Assoc, Inc | Richard R. Rednour, II | 05-DV-2009-900470.00 | Baldwin, AL | No | Lien |

| | | | | | | |
|---|---|---|---|---|---|---|
| Community Trust Bank | ? | Not been served | Powell | No | | |
| Cumberland Valley National Bank | ? | Not been served | Fayette | No | | |
| HD Supply, INC | Rednour Properties, LLC<br>Richie Rednour | | Powell | Yes | Mechanics Lien | $ 10,501.43 |
| 84 Lumber, INC | Rednour Properties, LLC<br>Rednour Blake, LLC | | Powell | Yes | Mechanics Lien | $  7,606.38 |
| Sherwin-Williams, INC | 1749 Liberty Road, LLC<br>Rednour Blake, LLC | | Fayette | Yes | Mechanics Lien | $  7,000.00 |
| United Building Centers #893, Pro-Build | Richard R. Rednour, II<br>Rednour Blake, LLC | | Fayette | Yes | Mechanics Lien | $ 30,646.45 |
| Kentucky Department of Labor | Rednour Properties, LLC<br>Ritchie R. Rednour, II | | n/a | Yes | $20,000 penalty for no workers comp insurance | |
| Internal Revenue Service | Rednour Properties, LLC<br>Ritchie R. Rednour, II | | n/a | Yes | Federal Tax Lien/Intent to Levy | |
| Kentucky Department of Revenue | Rednour Properties, LLC<br>Ritchie R. Rednour, II | | n/a | yes | Tax Lien | |
| Kentucky Department of Unemployment | Rednour Properties, LLC<br>Ritchie R. Rednour, II | | n/a | yes | Lien | |
| April Villasana | Rednour Properties, LLC<br>dba Hillcrest Apt | 10-CI-00084 | Clark | | | |
| Norandex/Reynolds Distribution | Rednour Properties | 10-CI-44 | Powell | | | |
| Salt Lick Deposit Bank | Foreclosure | 10-CI-00096 | Clark | | | |

**STATEMENT OF FINANCIAL AFFAIRS NO. 5**

| Vehicles with Liens | | | | |
|---|---|---|---|---|
| Car | Primary | Secondary | Status | Lease/Lien Holder |
| 2008 BMW M6 Convertible | Rednour Enterprises | Ritchie Rednour | Surrendered | BMW Financial Services |
| 2008 Chrysler 300m | Rednour Properties | Ritchie Rednour | retained | Chrysler Financial Services |
| 2007 Ford E-150 Utility Van | Rednour Properties | Ritchie Rednour | retained | Ford Motor Credit |
| 2007 Ford E-150 Utility Van | Rednour Properties | Ritchie Rednour | retianed | Ford Motor Credit |
| 2007 Ford E-150 Utility Van | Rednour Properties | Ritchie Rednour | Surrendered | Ford Motor Credit |
| 2008 Ford F-150 | Rednour Properties | Ritchie Rednour | Surrendered | Ford Motor Credit |
| 2008 Ford F-150 | Rednour Properties | Ritchie Rednour | Surrendered | Ford Motor Credit |
| 2007 BMW X3 | Ritchie Rednour | n/a | Ex-Wife | BMW Financial Services |
| 2005 Nissan 350z Roadster | Ritchie Rednour | n/a | Ex-Wife | Nissan Motor Acceptance |
| 2006 Ford Expedition | Ritchie Rednour | n/a | retained | Ford Motor Credit |
| 2008 Ford F-350 Super Duty | Ritchie Rednour | n/a | Surrendered | Ford Motor Credit |
| 2008 Ford F-150 | Ritchie Rednour | n/a | retained | Huntington Bank |
| 2007 Ford F-150 | Ritchie Rednour | n/a | retained | Huntington Bank |
| 2008 Cadillac Escalade | Ritchie Rednour | n/a | Surrendered | GMAC |
| 2000 Sea Ray 290 Boat | Ritchie Rednour | n/a | retained | First Merit Bank |

## *STATEMENT OF FINANCIAL AFFAIRS*

### *NO. 18a*

**Rednour Properties, LLC**
4418 Main Street
Clay City, KY  40312

Position: Sole Member/President

EIN: 20-2157278

Beginning Date: November 23rd, 2004
Ending Date: None

Description: a real estate investment and holding company. Holds multiple assets, some income producing some not.

**Rednour Enterprises, INC**
4418 Main Street
Clay City, KY 40312

Position: President

EIN: 61-1399439

Beginning Date: October 15th, 2001
Ending Date: None

Description: A real estate investment and holding company. Currently holds one piece of property located at 975 W. Columbia Avenue, Monticello, KY, 42633 and two debts associated with that property.

**Rednour Blake, LLC**
4418 Main Street
Clay City, KY 40312

Position: Sole Member/ President

EIN: 20-4022778

Beginning Date: December 29, 2005
Ending Date: None

Description: A real estate investment and holding company. Currently holds multiple properties as well as interest in other companies. See attached financial statement for breakdown of property and corporate interests.

**Rednour & Associates, INC**
4418 Main Street
Clay City, KY 40312

Position: President

EIN: 20-5689422

Beginning Date: October 6th, 2006
Ending Date: None

Description: A full service real estate company. Currently holds not debts or liabilities and minimal assets in the form of furniture and office equipment.

**R & G Investment Group, LLC**
308 Hounchell Drive
Richmond, KY  40475

Position: Sole Member/President

EIN: 61-0138790

Beginning Date: February 11th, 2004
Ending Date: None

Description: a real estate investment company that currently holds two multi-family properties and three debts associated with those properties. See attached financial statement for breakdown of assets and liabilities.

**Rednour-Graham, LLC**
P.O. Box 637
Stanton, KY 40380

Position: Member

EIN: 26-0449763

Beginning Date: January 22nd, 2007
Ending Date: None

Description: a real estate investment company that currently hold one piece of property that are non-income producing. There are currently no liabilities associate with this entity.

**Rednour-Chris, LLC**
4418 Main Street
Clay City, KY 40312

Position: Member

EIN: None

Beginning Date: February 26th, 2008
Ending Date: None

Description: a real estate investment and holding company. Currently has no assets and no liabilities.

**Triple Crown Investments, LLC**
P.O. Box 637
Stanton, KY  40380

Position: Member

EIN: 20-5655591

Beginning Date: September 28th, 2006
Ending Date: None

Description: a real estate investment and development company that currently holds full interest in a real estate development in Clay City Kentucky as well as full interest in a commercial rental property located in Stanton Kentucky and the debts associated with both assets.

**11 Hughes Avenue, LLC**
P.O. Box 691
Winchester, KY  40392-0691

Position: Sole Member

EIN: None

Beginning Date: March 21st, 2007
Ending Date: None

Description: A real estate holding entity that currently holds the multi-family property located at 11 Hughes Avenue in Winchester Kentucky. This entity also holds the liabilities associated with the finance of this property.

**192 Wabash Avenue, LLC**
P.O. Box 691
Winchester, KY 40392-0691

Position: Sole Member

EIN: None

Beginning Date: August 10th, 2007
Ending Date: None

Description: A real estate holding entity that currently holds the multi-family property located at 192 Wabash Avenue in Winchester Kentucky. This entity also holds the liabilities associated with the finance of this property.

**250 Oxford Drive, LLC**
P.O. Box 691
Winchester, KY  40392-0691

Position: Sole Member

EIN: 21-1739258

Beginning Date: September 20, 2007
Ending Date: None

Description: A real estate holding entity that currently holds the multi-family property located at 250 Oxford Drive in Winchester Kentucky. This entity also holds the liabilities associated with the finance of this property.

**543 Maple Street, LLC**
P.O. Box 691
Winchester, KY 40392-0691

Position: Sole Member

EIN: None

Beginning Date: March 21st, 2007
Ending Date: None

Description: A real estate holding entity that currently holds the multi-family property located at 543 N. Maple Street in Winchester Kentucky. This entity also holds the liabilities associated with the finance of this property.

**1749 Liberty Road, LLC**
4418 Main Street
Clay City, KY  40312

Position: Sole Member

EIN: 27-1554883

Beginning Date: February 26th, 2009
Ending Date: None

Description: A real estate holding entity that currently holds the multi-family property located at 1749 Liberty Road in Lexington, Kentucky. This entity also holds the liabilities associated with the finance of this property.

**Rednour-Edwards Real Estate, INC**
10 South Main Street
Monticello, KY  42633

Position: Member

EIN: 26-391898

Beginning Date: December 10th, 2008
Ending Date: None

Description: company was never started. Has no assets and no liabilities and performs no services or produces any goods.

**108 Anessa Lane, LLC**
P.O. Box 691
Winchester, KY 40392-0691

Position: Member

EIN: None

Beginning Date: March 26th, 2007
Ending Date: None

Description: a real estate holding company that held the asset located at 108 Anessa Lane in Mt. Sterling, Kentucky and the debt associated with that asset.

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Kentucky**
**Lexington Division**

In re _____**Richard Ray Rednour, II**_____,    Case No. _____
Debtor Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No.  1

| Creditor's Name:<br>**American Home Mortgage** | Describe Property Securing Debt:<br>**Residence - First Mortgage**<br><br>**1st Mortgage to American Home Mortgage Servicing for $440,327.05 and 2nd Mortgage to GMAC Mortgage for $129,124.72** |
|---|---|

Property will be *(check one)*:
☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt        ☑ Not claimed as exempt

---

Property No.  2

| Creditor's Name:<br>**DC Financial Services** | Describe Property Securing Debt:<br>**2008 Chrysler 300M** |
|---|---|

Property will be *(check one)*:
☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt        ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**First Merit Bank** | **Describe Property Securing Debt:**<br>**2000 Sea Ray 290 Cabin Cruiser** |

Property will be *(check one)*:
- ☐ Surrendered　　　　☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt　　　　　　　　　☑ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Credit** | **Describe Property Securing Debt:**<br>**2006 Ford Expedition** |

Property will be *(check one)*:
- ☐ Surrendered　　　　☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt　　　　　　　　　☑ Not claimed as exempt

---

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Credit** | **Describe Property Securing Debt:**<br>**2007 Ford E150** |

Property will be *(check one)*:
- ☐ Surrendered　　　　☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                                    Page 3

---

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  6 | |
| --- | --- |
| **Creditor's Name:** <br> **Ford Motor Credit** | **Describe Property Securing Debt:** <br> **2007 Ford E150** |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  7 | |
| --- | --- |
| **Creditor's Name:** <br> **Ford Motor Credit** | **Describe Property Securing Debt:** <br> **2008 Ford F150** |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  8 | |
| --- | --- |
| **Creditor's Name:** <br> **Ford Motor Credit** | **Describe Property Securing Debt:** <br> **2007 Ford F150** |

B 8 (Official Form 8) (12/08)                                                                                  Page 4

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br><br>**GMAC Mortgage** | **Describe Property Securing Debt:**<br><br>**Residence - Second Mortgage**<br><br>**1st Mortgage to American Home Mortgage Servicing for $440,327.05 and 2nd Mortgage to GMAC Mortgage for $129,124.72** |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br><br>**Huntington National Bank** | **Describe Property Securing Debt:**<br><br>**2008 Ford F-150** |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br><br>**Huntington National Bank** | **Describe Property Securing Debt:**<br><br>**2007 Ford F150** |

Property will be *(check one)*:
     ☐   Surrendered        ☑   Retained

If retaining the property, I intend to *(check at least one)*:
     ☐   Redeem the property
     ☑   Reaffirm the debt
     ☐   Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
     ☐   Claimed as exempt        ☑   Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br><br>**Worthington Federal Bank** | **Describe Property Securing Debt:**<br><br>**400 Plantation Road**<br>**Unit 112**<br>**Gulf Shores, AL 35542** |

Property will be *(check one)*:
     ☐   Surrendered        ☑   Retained

If retaining the property, I intend to *(check at least one)*:
     ☐   Redeem the property
     ☑   Reaffirm the debt
     ☐   Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
     ☐   Claimed as exempt        ☑   Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Protek Security & Fire Systems, Inc.** | **Describe Leased Property:**<br><br>**security contract for properties** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES     ☐ NO |

B 8 (Official Form 8) (12/08)                                                                        Page 6

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Littrell Holdings, Inc.** | **Describe Leased Property:**<br><br>**Lease Agreement on commercial retail space in Winchester, KY at 872 Bypass Road.  Leased for two years at $950/mo. in August/September 2009.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES        ☐ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Nissan Motor Credit** | **Describe Leased Property:**<br><br>**2007 Nissan 350Z in ex-wife's possession** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES        ☐ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**BMW Financial Services** | **Describe Leased Property:**<br><br>**2007 BMW X3 in ex-wife's possession** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES        ☐ NO |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Marlin Leasing** | **Describe Leased Property:**<br><br>**lease on copy machine** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES        ☐ NO |

___0___  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **3/1/2010**                          **s/ Richard Ray Rednour, II**
                                            **Richard Ray Rednour, II**
                                            Signature of Debtor

B22A (Official Form 22A) (Chapter 7) (12/08)

| | |
|---|---|
| In re  **Richard Ray Rednour, II** | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| _____<br>Debtor(s) | ☐  **The presumption arises** |
| Case Number: _____ | ☐  **The presumption does not arise** |
| (If known) | ☐  **The presumption is temporarily inapplicable.** |

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐  **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑  **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐  **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐  I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐  I remain on active duty /or/<br>        ☐  I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br>        OR<br>    b. ☐  I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐  I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|
| |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                        2

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |  |  |
|---|---|---|---|

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>**Debtor's**<br>**Income** | **Column B**<br>**Spouse's**<br>**Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><table><tr><td>a.</td><td>Gross Receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. **Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><table><tr><td>a.</td><td>Gross Receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ _____  Spouse $ _____ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br>a. _____  $ | | |

**B22A (Official Form 22A) (Chapter 7) (12/08)** 3

| | | | |
|---|---|---|---|
| | Total and enter on Line 10. | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

## Part III.  APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____ b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>❑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>❑ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15).**

## Part IV.  CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a. _____ $ _____<br><br>Total and enter on Line 17 . | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

**B22A (Official Form 22A) (Chapter 7) (12/08)** 4

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |  |
|---|---|---|

| **Household members under 65 years of age** | | **Household members 65 years of age or older** | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

$

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
|---|---|---|

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by home, if any, as stated in Line 42. | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.  ☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>❑  1  ❑  2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | $ |

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42. | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | $ |

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes. social security taxes. and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| **Subpart B: Additional Living Expense Deductions** |
|---|
| **Note: Do not include any expenses that you have listed in Lines 19-32** |

| | | |
|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/08)**                                                                 6

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> <br> Total and enter on Line 34 <br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br> $ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs**. Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

| | **Subpart C: Deductions for Debt Payment** | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. <br><br> <table><tr><td></td><td>Name of Creditor</td><td>Property Securing the Debt</td><td>Average Monthly Payment</td><td>Does payment include taxes or insurance?</td></tr><tr><td>a.</td><td></td><td></td><td>$</td><td>☐ yes   ☐ no</td></tr></table> <br> Total: Add Lines a, b and c | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

|   | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
|   |   |   |   |
|   |   | Total: Add Lines a, b and c | $ |

| 44 | **Payments on prepetition priority claims**. Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

|   |   |   |   |
|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ |   |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |   |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| **Subpart D: Total Deductions from Income** | | |
|---|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

| **Part VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION** | | |
|---|---|---|

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/08)**                                                    8

| Part VII.  ADDITIONAL EXPENSE CLAIMS |
|---|

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

|  | Expense Description | Monthly Amount |
|---|---|---|
|  | Total: Add Lines a, b, and c | $ |

| Part VIII:  VERIFICATION |
|---|

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |

Date:  **3/1/2010**                    Signature:  **s/ Richard Ray Rednour, II**

**Richard Ray Rednour, II,** (Debtor)

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Lexington Division

In re:   **Richard Ray Rednour, II** _____     Case No. _____

Debtor                                                          Chapter     **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                           $ _____**15,000.00**

   Prior to the filing of this statement I have received                 $ _____**15,000.00**

   Balance Due                                                           $ _____**0.00**

2. The source of compensation paid to me was:

   ☒ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor                    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Audits, Appeals and Adversaries**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **3/1/2010** _____


                              **/s/ W. Thomas Bunch** _____
                              **W. Thomas Bunch, Bar No.  09160**

                              **Bunch & Brock, Attorneys**
                              Attorney for Debtor(s)

---

**B 201A** (Form 201A) (12/09)

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2.**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

**In re** <u>Richard Ray Rednour, II</u>                              Case No. _____
                        **Debtor**
                                                      Chapter ____ **7** ___

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

I , the debtor, affirm that I have received and read this notice, as required by § 342(b) of the Bankruptcy Code.

| **Richard Ray Rednour, II** | X **s/ Richard Ray Rednour, II** | **3/1/2010** |
|---|---|---|
| Printed Name of Debtor | **Richard Ray Rednour, II** | |
| | Signature of Debtor | Date |
| Case No. (if known) _____ | | |

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF KENTUCKY**

**LEXINGTON DIVISION**

IN RE:                                                                    CASE NO. _____

**Richard Ray Rednour, II**


**DEBTOR(S)**

## VERIFICATION OF MAILING LIST MATRIX

I, **Richard Ray Rednour, II**, the petitioner(s) in the above-styled
bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other
parties in interest consisting of **23** pages is true and correct and complete, to the best of
my (our) knowledge.


DATED **3/1/2010** _____


**s/ Richard Ray Rednour, II** _____
**Richard Ray Rednour, II**

DEBTOR

I, **W. Thomas Bunch**, counsel for the petitioner(s) in the above-styled
bankruptcy action, declare that the attached mailing list matrix consisting of **23** pages
has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further
declare that the attached mailing list matrix can be relied upon by the Clerk of Court to provide notice to all
creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until
such time as any amendments may be made.


DATED **3/1/2010** _____


**/s/ W. Thomas Bunch** _____          ( **W. Thomas Bunch** )
COUNSEL FOR DEBTOR(S)

Berea Top Shop
PO Box 1017
Berea, KY 40403


108 Anessa Lane, LLC
4418 Main Street
Clay City, KY 40312


11 Hughes Avenue, LLC
4418 Main Street
Clay City, KY 40312


1749 Liberty Road, LLC
4418 Main Street
Clay City, KY 40312


1800  Pack Rat
1850 Bryant Road
Lexington, KY 40509


192 Wabash Avenue, LLC
4418 Main Street
Clay City, KY 40312


250 Oxford Drive, LLC
4418 Main Street
Clay City, KY 40312


260 Oxford Drive Apartments Reo
c/o Ian T. Ramsey, Esq.
Stites & Harbison
400 West Market St., Suite 1800
Louisville, KY 40202-3352


543 Maple Street, LLC
4418 Main Street
Clay City, KY 40312

84 Lumber, Inc.
1450 Bypass Road
Winchester, KY 40391


ABC and Spangler Roof Service
677 Leslie Court
Lexington, KY 40444


ACC Business
400 West Avenue
Rochester, NY 14611


Advertising Vehicles
4460 Lake Forest Drive, Suite 210
Cincinnati, OH 45242


Advocate Communications
PO Box 149
Danville, KY 40423


Allens Hardware
30 Black Creek Road
Clay City, KY 40312


Allied Waste Service
PO Box 9001099
Louisville, KY 40290


American Express
PO Box 650448
Dallas, TX 75265-0448


American Home Mortgage
PO Box 631730
Irving, TX 75063

Amrent Inc./CBC Innovis
PO Box 535595
Pittsburgh, PA 15253-5595

Andrew Lynn
209 East High Street
Lexington, KY 40507

Anesthesia Associates, PSC
3320 Tates Creek Road
Lexington, KY 40502

Anthem BCBS
PO Box 105675
Atlanta, GA 30348-5675

Apartment Finder
2305 Newport Parkway
Lawrenceville, GA 30046

April Villasana
c/o John G. Rice, Esq.
29 South Main Street
Winchester, KY 40391

AT&T
PO Box 105262
Atlanta, GA 30348

Auto Owners Insurance
PO Box 30315
Lansing, MI 48909-7815

B. Scott Graham
331 East College Avenue
Stanton, KY 40380

Bank of America
PO Box 5170
Simi Valley, CA 93062


Bayview Loan Servicing
PO Box 3042
Milwaukee, WI 53201-3042


Ben Davidson
c/o David G. Perdue, Esq.
PO Box 968
Winchester, KY 40391-2619


Benjamin B. & Carrie L. Davidson
c/o David G. Perdue, Esq.
PO Box 968
Winchester, KY 40391-2619


Benthall Bros., Inc.
761 East 7th Street
Lexington, KY 40505


Berea Infotech
204 Ogg Lane
Berea, KY 40403


Blake Adams Engineering
29 Atkinson Street
Stanton, KY 40380


BMW Financial Services
PO Box 9001065
Louisville, KY 40290-1065


Brian E. Johnson
916 S. Dogwood Drive
Berea, KY 40403

Builder Designs, Inc.
118 N. Cherry Street
Olathe, KS 66061


Burnace Rice
197 3rd Avenue
Clay City, KY 40312


Cantrell Supply, Inc.
245 North Main Street
Winchester, KY 40391


Capital One Bank
PO Box 650007
Dallas, TX 75265-0007


Caudill Truss Company
1479 Van Thompson Road
Mt. Sterling, KY 40353


Cecil Moores
237 Concord Road
Richmond, KY 40475


Central Baptist Hospital
PO Box 32940
Louisville, KY 40232-2940


Central Emergency Physicians
PO Box 1827
Lexington, KY 40588


Central Radiology
PO Box 70335
Louisville, KY 40270-0335

Charles Satellite
5536 Main Street
Clay City, KY 40312


Chase
PO Box 15153
Wilmington, DE 19886-5153


Cherish Rednour
428 Tremont Lane
Winchester, KY 40391


Chris Pace
432 Country Club Drive
Winchester, KY 40391


Chrysler Financial
PO Box 9001921
Louisville, KY 40290-1921


Citi Cards
PO Box 183067
Columbus, OH 43218-3067


Citizens Bank
PO Box 127
Broadhead, KY 40409


City of Clay City
PO Box 548
Clay City, KY 40312


City of Stanton
PO Box 370
Stanton, KY 40380

City of Stanton Water & Sewer
PO Box 370
Stanton, KY 40380


City of Winchester
PO Box 4135
Winchester, KY 40391


Clark County Sheriff
17 Cleveland Avenue
Winchester, KY 40391


Clark County Tax Admin.
34 S. Main Street
Winchester, KY 40391


Clark Immediate Care Center
PO Box 4140
Winchester, KY 40392-4140


Clay City Times
PO Box 547
Clay City, KY 40312


Clay City Water & Sewer
PO Box 548
Clay City, KY 40312


Clear Channel Broadcasting, Inc.
PO Box 406617
Atlanta, GA 30384


Coca-Cola
Tri-State Coca-Cola Lexington Sales
Chicago, IL 60674-2329

```
Coin Mach Laundry
PO Box 27288
New York, NY 10087-7288




Columbia Gas of Ky
PO Box 2200
Lexington, KY 40588-2200




Commonwealth Premium Finance
PO Box 14076
Lexington, KY 40512




Community Trust Bank, Inc.
84100 Loan Admin
Pikeville, KY 41502-2947




Cumberland Valley Nat'l Bank
PO Box 709
London, KY 40743




Davidson & Oeltgen, PLLC
139 West Short Street
Lexington, KY 40507




DC Financial Services
PO Box 997533
Sacramento, CA 95899




Dish Network
Dept. 0063
Palatine, IL 60055-0063




Disponette Services
717 E. Loudon Avenue
Lexington, KY 40505
```

DMC Construction
c/o Douglas T. Logsdon
McBrayer McGinnis Leslie & Kirkland
201 East Main Street, Suite 1000
Lexington, KY 40507


DMC Construction
4169 John Alden Lane
Lexington, KY 40504


Dunn & Bradstreet
103 JFK Parkway
Short Hills, NJ 07078


Elite Pest Control Co.
632 Bizzell Drive
Lexington, KY 40544


Evermans Texaco
PO Box 456
Stanton, KY 40380


Fayette County Public Schools
701 East Main Street
Lexington, KY 40502


Fayette County Sheriff
PO Box 34148
Lexington, KY 40588


First Capital Bank
PO Box 6868
Louisville, KY 40207


First Merit Bank
PO Box 148
Akron, OH 44309-0148

First Merit Bank
106 S. Main Street
Akron, OH 44308


First State Financial, Inc.
3735 Palomar Centre Drive
Lexington, KY 40513


Fleet Services
1012 State College Road
Dover, DE 19904


Forcht Bank
PO Box 55250
Lexington, KY 40555


Ford Credit
PO Box 94380
Palatine, IL 60094-4380


Ford Motor Credit
PO Box 105704
Atlanta, GA 30348


GMAC
PO Box 8101
Cockeysville, MD 21030


GMAC Mortgage
PO Box 9001719
Louisville, KY 40290-1719


Great American Business
6701 Concord Park Drive
Houston, TX 77040-9802

Gulf Shores Plantation Condo Assoc.
PO Box 1299
Gulf Shores, AL 36547


Harrod Concrete
PO Box 794
Frankfort, KY 40602


Hatfield Newspapers
PO Box 660
Irvine, KY 40336


HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150


HD Supply, Inc.
PO Box 509058
San Diego, CA 92150


Home Depot
PO Box 6031
The Lakes, NV 88901


Homer Rice
253 Sunset Drive
Clay City, KY 40312


Huntington National Bank
2361 Morse Road
Columbus, OH 43229


Huntington National Bank
PO Box 182519
Columbus, OH 43218-2519

```
Hurst Furniture
175 Blackburn Street
Stanton, KY 40380




Infinite Solutions, LLC
222 East Market Street
New Albany, IN 47150




Internal Revenue Service
PO Box 1233
Charolette, NC 28201-1233




Jeffrey Edwards
PO Box 125
Monticello, KY 42633




Jetz Laundry Systems, Inc.
901 N.E. River Road
Topeka, KS 66616-1133




Ken Tyson Plumbing Inc
228 Industry Pkwy
Nicholasville, KY 40356




Kentucky American Water
PO Box 371880
Pittsburgh, PA 15250-7880




Kentucky Employers Mutual Ins.
250 W. Main Street
Lexington, KY 40507




Kentucky Hand & Physical Therapy
151 N. Eagle Creek Drive, Suite 400
Lexington, KY 40509
```

Kentucky Labor Cabinet
Division of Workers Claims
657 Chamberlin Avenue
Frankfort, KY 40619


Kentucky State Treasurer
Revenue Cabinet
Frankfort, KY 40619


Kentucky Tax Lien Fund, LLC
200 Southland Drive
Lexington, KY 40503


Kentucky Utilities
308 W. Lexington Avenue
Winchester, KY 40391


Keybank/Midland Capital
911 Main Street, Suite 1500
Kansas City, MO 64105


Lands' End
PO Box 217
Dodgeville, WI 53533-0217


Lansing Building Products
2320 Maggard Drive
Lexington, KY 40511


Lexcut
1209 Kekyll Drive
Lexington, KY 40513


Lexington Clinic
700 Bob-O-Link Drive
Lexington, KY 40504

Lexington Urgent Treatment Assoc.
3174 Custer Drive, Suite 200
Lexington, KY 40517


Lex-Rooter
PO Box 54805
Lexington, KY 40555


LFUCG
PO Box 13057
Lexington, KY 40512


LFUCG
Division of Revenue
PO Box 3090
Lexington, KY 40588-3090


Little Heat and Little Air
PO Box 1687
Richmond, KY 40476


Littrell Homes
272 Redwing Drive
Winchester, KY 40391


London Computer Systems, Inc.
1007 Cottonwood Drive
Loveland, OH 45140


Lowe's
1221 Bypass Road
Winchester, KY 40391


Lupita Satelites
1160 B Winburn Drive
Lexington, KY 40511

M&M Sanitation
4000 Park Central Avenue
Nicholasville, KY 40356


Mac Gray
PO Box 153
Newark, NJ 07192-5346


Madison County Sheriff
135 West Irvine St., B01
Richmond, KY 40475


Madoki Hospitality, Inc.
PO Box 1299
Gulf Shores, AL 36547


Medworks
1934 Bypass Road
Winchester, KY 40391


Metro Glass & Glazing
PO Box 175
Winchester, KY 40392


Metro Towing, LLC
855 Angliana Avenue
Lexington, KY 40508


Moore Pipeline Corrosion Service
1083 Iroquois Drive
Mt. Sterling, KY 40353


Mr. Rooter
301 United Ct #8
Lexington, KY 40509

Mt. Sterling Water & Sewer
PO Box 392
Mt. Sterling, KY 40353


N Lexington UTC Assoc., PSC
PO Box 910588
Lexington, KY 40591


Nissan Motor
PO Box 0548
Carol Stream, IL 60132-0548


Norandex/Reynolds
1190 Brock McVey Drive
Lexington, KY 40509


Norandex/Reynolds Distribution
c/o James M. Lloyd, Esq.
Lloyd & McDaniel, PLC
PO Box 23200
Louisville, KY 40223-0306

Office Depot
PO Box 689182
Des Moines, IA 50368-9182


Orkin
790 Enterprise Drive
Lexington, KY 40510-1030


Overbee's Carpet & Cleaning
80 Creekside Drive
Stanton, KY 40380


Paul Miller Ford
975 East New Circle Road
Lexington, KY 40505

PBK Bank, Inc.
PO Box 366
Stanford, KY 40484

PBK Bank, Inc.
c/o Jonathan L. Gay, Esq.
Walther Roark & Gay
PO Box 1598
Lexington, KY 40588

Peoples Bank & Trust Co.
403 North Cross Street
Albany, KY 42602

Peoples Exchange Bank
PO Box 4040
Winchester, KY 40392

Perfect Presentations, Inc.
4008 Brookwater Court
Lexington, KY 40515

Pitney Bowes
PO Box 856390
Louisville, KY 40285

Pooler Painting & Cleaning
1127 W. Lexington
Winchester, KY 40392-0672

Potter & Company
301 E. Main Street, Suite 1100
Lexington, KY 40507

Powell County Financial Officer
PO Box 506
Stanton, KY 40380

Powell County Fiscal Court
PO Box 506
Stanton, KY 40380

Powell County Sheriff
524 Washington Street
Stanton, KY 40380

Pro-Build
PO Box 11771
Lexington, KY 40577

Protek Security & Fire Systems
PO Box 308
Stanton, KY 40380

Prudent Publishing
PO Box 360
Ridgefield Park, NJ 07660

R&G Investment Group, LLC
4418 Main Street
Clay City, KY 40312

Red River Hardwood
588 Lofty Heights Road
Clay City, KY 40312

Rednour & Associates, Inc.
4418 Main Street
Clay City, KY 40312

Rednour Blake, LLC
4418 Main Street
Clay City, KY 40312

Rednour Enterprises, Inc.
4418 Main Street
Clay City, KY 40312


Rednour Properties, LLC
4418 Main Street
Clay City, KY 40312


Rednour-Chris, LLC
4418 Main Street
Clay City, KY 40312


Rednour-Edwards Real Estate, Inc.
4418 Main Street
Clay City, KY 40312


Rednour-Graham, LLC
4418 Main Street
Clay City, KY 40312


Republic Services
451 Conway Court
Lexington, KY 40511-1007


Resident Data
PO Box 730694
Dallas, TX 75373-0694


Rogers Windows
500 Blue Sky Parkway
Lexington, KY 40509


Roto Rooter
PO Box 910478
Lexington, KY 40591

```
Rumpke
10795 Hughes Road
Cincinnati, OH 45251




Salt Lick Deposit Bank
PO Box 1150
Owingsville, KY 40360-1150




Salt Lick Deposit Bank
c/o Martin B. Tucker, Esq.
Frost Brown Todd
250 W. Main St., Ste 2800
Lexington, KY 40507

Scott Graham
331 E. College Avenue
PO Box 637
Stanton, KY 40380


Scott Graham
331 E. College Avenue
Stanton, KY 40380




Shell Fleet Card
PO Box 183019
Columbus, OH 43218-3019




Sherwin-Williams Co.
1301 Winchester Road #341
Lexington, KY 40505




Signs Now
365 Southland Drive
Lexington, KY 40503




Southern Tax Services, LLC
100 S. Main Street
Nicholasville, KY 40356
```

Spangler Roof Services
c/o Charles Spangler, Jr.
677 Leslie Court
Lexington, KY 40505


Stock Building Supply
150 Hunter Station
Sellersburg, IN 47172


Sword Floyd & Moody, PLLC
218 W. Main Street
Richmond, KY 40475


Tax Ease Lien Servicing, LLC
14901 Wuorum Drive, Suite 900
Dallas, TX 75254


Teasley's Heating & Air Conditioning
PO Box 54404
Lexington, KY 40555


Teddy J. Faust, Jr.
Baldwin County Tax
PO Box 1549
Bay Minette, AL 36507-1549


Theresa Malpass
303 James Crowe Hollow Road
Stanton, KY 40380


Tom Allen
PO Box 22604
Lexington, KY 40522-2604


Tom Davis
PO Box 676
Stanton, KY 40380

Travelers Flood
PO Box 29103
Shawnee Mission, KS 66201-1403


Trent's Roofing
1075 Maple Street
Stanton, KY 40380


Triple Crown Investments, LLC
331 East College Avenue
Stanton, KY 40380


True Value
321 East College Avenue
Stanton, KY 40380


Ultra Chem, Inc.
PO Box 3717
Shawnee Mission, KS 66203-0827


United Building Centers #893 Pro-Build
PO Box 11771
Lexington, KY 40577


Universal AdComm
2921 Avenue E East
Arlington, TX 76011


University of Kentucky Athletics Assoc.
Room A-113, Joe Craft Center
Lexington, KY 40506


Whitaker Bank
c/o Leah Hawkins, Esq.
29 S. Maysville
Mt. Sterling, KY 40353

Whitaker Bank
PO Box 10
Stanton, KY 40380


Winchester Federal Bank
57 S. Main Street
Winchester, KY 40391-2601


Winchester Municipal
150 North Main Street
Winchester, KY 40392-4177


Worthington Federal Bank
4040 Balmoral Drive
Huntsville, AL 35801


Xerox Corporation
PO Box 802555
Chicago, IL 60680-2555


XM Radio
PO Box 33174
Detroit, MI 48232-5280


Yellow Book USA
6300 C Street SW
Cedar Rapids, IA 52404


Yellow Pages
PO Box 60007
Anaheim, CA 92812